IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DOE 1 et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 6:16-CV-173-RP |
| | § | |
| BAYLOR UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

For the reasons discussed during the status conference held on October 21, 2016, the court:

**GRANTS** Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Motions to Dismiss (Dkt. 20);

**DISMISSES**, without prejudice to refiling at a later date, Defendant Baylor University's Motion to Sever Plaintiffs' Claims (Dkt. 36);

**DENIES** Plaintiffs' Motion to Enforce Protective Order (Dkt. 44); and

**GRANTS** Plaintiffs' Motion for Leave to Amend (Dkt. 33). As discussed during the status conference, Plaintiffs may amend the complaint to add Jane Does 7, 8, 9, and 10 to this case. Plaintiffs are expected to adhere to their representation that "no allegations regarding Does 1-6 [will be] modified," "none of the common allegations [will be] changed," and "the proposed amendment [will have] no effect on the pending Motions to Dismiss." (Dkt. 33 at 5). Accordingly, Plaintiffs are **ORDERED** to submit their second amended Jane Doe complaint on or before Friday, October 28, 2016. At that same time, Plaintiffs shall file under seal and provide to Defendant's counsel a second amended complaint identifying all plaintiffs by their true names.

**SIGNED** on October 21, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE