# Exhibit 5

# Excerpts of President David Garland State Senate Testimony

```
                     Texas Senate Hearing
                       January 01, 2001

 1    IN RE:  DAMON CRISMAN VS. BAYLOR UNIVERSITY

 2    CASE NO.:  N/A
      ---------------------------------------------------
 3

 4

 5

 6

 7

 8            TEXAS STATE SENATE COMMITTEE

 9               ON HIGHER EDUCATION

10        TESTIMONY BY PRESIDENT DAVID GARLAND

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      CHAIRMAN SELIGER:  Okay.  Thank you.
2  Thank you, Mr. Chairman.
3      VICE CHAIR WEST:  Mr. President --
4      DR. GARLAND:  Yes, sir.
5      VICE CHAIR WEST:  -- I've got
6  several questions of you.  Now, and I don't
7  know whether there's a distinction, but
8  I need to know was the Pepper Hamilton firm
9  hired as investigators?
10     DR. GARLAND:  Yes, as I understand.
11 And I was -- you all understand, I was not
12 the president at the time, I was not
13 involved in that --
14     VICE CHAIR WEST:  (Inaudible.)
15     DR. GARLAND:  -- but I believe they
16 did investigate.
17     VICE CHAIR WEST:  So they weren't
18 hired as lawyers, they were hired as
19 investigators.
20     DR. GARLAND:  Well, as lawyers who
21 would investigate what had happened.
22     VICE CHAIR WEST:  Okay.  But their
23 primary purpose was to investigate?
24     DR. GARLAND:  As -- as lawyers to
25 let us know what had happened at Baylor

1  University.
2       VICE CHAIR WEST:  You understand the
3  difference?
4       DR. GARLAND:  Yes, yes.
5       VICE CHAIR WEST:  Okay.  So their
6  primary purpose was to investigate, and
7  they come up with findings of facts for the
8  board, correct?
9       DR. GARLAND:  Yes, they were hired
10 by the board.
11      VICE CHAIR WEST:  All right.  Now,
12 in coming up with their finding of facts,
13 were they given broad latitude to review
14 emails, mobile devices, judicial affairs,
15 Title 9 files, personal files and other
16 documents?
17      DR. GARLAND:  Yes, sir.
18      VICE CHAIR WEST:  Of current and
19 former Baylor employees?
20      DR. GARLAND:  Yes, sir.
21      VICE CHAIR WEST:  Okay.  And you --
22 and you're telling us, and again, that
23 there was nothing, no type of report
24 reduced to writing --
25      DR. GARLAND:  Yes.

1        VICE CHAIR WEST:  -- that was
2   presented to the board of regents?
3        DR. GARLAND:  Right, yes, sir.
4        VICE CHAIR WEST:  And so the -- so
5   what about the notes, did they have any
6   notes they used to make the presentation?
7        DR. GARLAND:  Having heard the oral
8   reports, I think were from notes, yes, sir.
9        VICE CHAIR WEST:  Okay.  So they had
10  notes that they used in order to make the
11  oral report?
12       DR. GARLAND:  Yes, sir.
13       VICE CHAIR WEST:  Were those -- now,
14  you know there's an investigation by the
15  State right now, right?
16       DR. GARLAND:  Yes, sir.
17       VICE CHAIR WEST:  Okay.  Now, will
18  that information, those notes, be made
19  available as part of the investigation
20  that's being done by law enforcement?
21       DR. GARLAND:  I -- I -- I honestly
22  don't know, but we've given them all the
23  information that they've asked for.
24       VICE CHAIR WEST:  Sir, let me ask --
25       DR. GARLAND:  And we also turned

```
 1  over to the NCAA as well.
 2          VICE CHAIR WEST:  There was -- the
 3  administrators, are you aware of the names
 4  of the administrators that were involved in
 5  some of the issues that bring you before
 6  this particular panel today?
 7          DR. GARLAND:  I am aware of those in
 8  judicial affairs that were named in the
 9  reports, yes, sir.
10          VICE CHAIR WEST:  Okay.  And does
11  the report name all of the administrators
12  current and former that were involved in
13  this, what we perceive as a coverup?
14          DR. GARLAND:  I -- I -- it names --
15  it -- it deals with specific instances as
16  I remember, and primarily it is from
17  judicial affairs, and -- and Title 9
18  office.
19          VICE CHAIR WEST:  Okay.
20          DR. GARLAND:  And also -- primarily
21  also from the coaches in -- on -- in the
22  football.
23          VICE CHAIR WEST:  Do you feel, sir,
24  that there's been an exhaustive
25  investigation of these issues at your
```

1          CERTIFICATE

2

3                - - -

4

5          I, Matthew J. Haas, Court Reporter and
6   Transcriptionist, do hereby certify that I was
7   authorized to and did listen to and
8   stenographically transcribe the foregoing
9   recorded proceedings and that the transcript is a
10  true record to the best of my professional
11  ability.

12

13

14

15          Dated this 5th day of May, 2017.

16

17

18

19

20

21  _____

22          MATTHEW J. HAAS
            Court reporter
23

24

25