IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § | Civil Action No. 6:16-CV-00173-RP |
| BAYLOR UNIVERSITY, | | |
| Defendant. | | |

**JOINT NOTICE RE AGREEMENT TO LIMIT VOLUMINOUS DOCUMENTS FROM PRODUCTION PURSUANT TO COURT ORDER (DKT. 596)**

TO THE JUDGE OF THE HONORABLE COURT:

On March 5, 2019, the Court issued its Order (Dkt. 596) on Baylor's Thirteenth Unopposed Ex Parte Motion to File Student Records for In Camera Inspection (the "Motion") (Mot., Dkt. 435; Am. Mot., Dkts. 454-467). Therein, the Court noted a significant volume of scholarship records and travel logistics that, while technically responsive, were of little or no relevance to Plaintiffs' claims and would constitute a significant burden for Baylor to redact and produce. (Dkt. 596 at 4-5). The Court therefore suggested the parties consider an agreement similar to the one it entered into regarding the production of records related to Alleged Assailant 1 (Dkt. 587), under which Baylor would omit from production the documents identified in the Order, with the following exception: Baylor will produce only pages within those documents in which the name of any alleged assailant or any objecting non-party student appears with those names pseudonym-redacted, and all information relating to any other student block-redacted without pseudonyms. This agreement is without prejudice to Plaintiffs' ability to seek further information after reviewing this production of documents.

Respectfully submitted,

**THOMPSON & HORTON LLP**

*/s/ Holly G. McIntush*

Lisa A. Brown
State of Bar of Texas No. 03151470
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027-7554
(713) 554-6741 (telephone)
(713) 583-7934 (fax)
lbrown@thompsonhorton.com

Holly G. McIntush
State of Bar of Texas No. 24065721
1001 Congress Ave., Suite 350
Austin, Texas 78701
(512) 615-2351 (telephone)
(512) 682-8860
hmcintush@thompsonhorton.com

**WEISBART SPRINGER HAYES LLP**

Julie A. Springer
State Bar No. 18966770
jspringer@wshllp.com
Sara E. Janes
State Bar No. 24056551
sjanes@wshllp.com

212 Lavaca Street, Suite 200
Austin, Texas  78701
(512) 652-5780
(512) 682-2074 fax

**COUNSEL FOR DEFENDANT BAYLOR UNIVERSITY**


/s/ *Jim Dunnam*
**BRAZIL & DUNN, L.L.P.**

Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
3303 Northcrest Dr. Suite 205
Austin, Texas 78731
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

**DUNNAM & DUNNAM, L.L.P.**

Jim Dunnam
State Bar No. 06258010
4125 West Waco Drive
Waco, Texas 76710
Telephone: (254) 753-6437
Facsimile: (254) 753-7434
jimdunnam@dunnamlaw.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served upon all counsel of record via the Court's electronic service system on March 11, 2019:

| | |
|---|---|
| Mr. Chad W. Dunn | ***Via ECF:*** chad@brazilanddunn.com |
| Mr. K. Scott Brazil | ***Via ECF:*** scott@brazilanddunn.com |
| **BRAZIL & DUNN, L.L.P.** | |
| 3303 Northland Drive, Suite 205 | |
| Austin, TX 78731 | |
| | |
| Mr. Jim Dunnam | ***Via ECF: jimdunnam@dunnamlaw.com*** |
| **DUNNAM & DUNNAM, L.L.P.** | |
| P. O. Box 8418 | |
| Waco, Texas 76714-8418 | |

/s/ *Holly G. McIntush*
Holly G. McIntush

4825-9106-0106

3