IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | 6:16-CV-173-RP |
| | § | |
| v. | § | *Consolidated with* |
| | § | 6:17-CV-228-RP |
| BAYLOR UNIVERSITY, | § | 6:17-CV-236-RP |
| | § | |
| Defendant. | § | |

**PEPPER HAMILTON LLP'S NOTICE WITH RESPECT TO
PART (1)(a) OF THE COURT'S ORDER DATED MARCH 28, 2019 (DKT. 607)**

In its order dated March 28, 2019 (the "Order") (Dkt. 607), the Court ordered Pepper Hamilton LLP to "(1) produce all materials in response to the subpoena in Pepper Hamilton's custody or control that Baylor (a) does not possess or (b) has not produced, and (2) file a notice with this Court certifying that production to Plaintiffs is complete no later than April 11, 2019."

Pepper Hamilton hereby gives notice, with respect to Part (1)(a) of the Order only, that production is complete. *See* the attached Declaration of M. Duncan Grant.

With respect to Part (1)(b) of the Order, Pepper Hamilton is separately filing a Motion for Reconsideration and / or Clarification.

Respectfully submitted,

*By: /s/ William D. Cobb, Jr.*
WILLIAM D. COBB, JR.
Texas Bar No. 04444150
wcobb@cobbmartinez.com

COBB MARTINEZ WOODWARD PLLC
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201

(214) 220-5201
(214) 220-5251 (Fax)

Dated:  April 11, 2019                             *Attorneys for Pepper Hamilton LLP*