IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 6:16-CV-00173-RP |
| v. | § | |
| | § | *Consolidated with* |
| | § | 6:17-CV-228-RP |
| | § | 6:17-CV-236-RP |
| BAYLOR UNIVERSITY, | § | |
| Defendant. | § | |
| | § | |

## DEFENDANT'S ADVISORY TO THE COURT REGARDING DOCKET NO. 612

TO THE HONORABLE JUDGE PITMAN:

Defendant Baylor University advises the Court that Baylor has completed the review, logging, and production of the additional documents referenced as still being reviewed in Pepper Hamilton's LLP's Motion for Reconsideration and/or Clarification of Part (1)(b) of the Court's Order Dated March 28, 2019.  *See* Dkt. 612 at 3; Dkt. 612-6 at ¶ 6.  Baylor produced the additional 92 documents to Plaintiffs' counsel today.  Baylor's production and logging of materials created by Pepper Hamilton during the course of its investigation is now complete.  To date, Baylor has produced 3,859 pages of materials created or maintained by Pepper Hamilton, as well as 2,899,067 pages of Baylor documents reviewed by Pepper Hamilton during the course of its investigation.  It has also produced 357,151 pages of documents responsive to Plaintiffs' other requests for production.  Baylor has so far logged 66,859 pages of electronic documents and 159 hardcopy working files.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By:  /s/ *Lisa A. Brown*

    State Bar of Texas No. 03151470
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027-7554
    (713) 554-6741 (telephone)
    (713) 583-7934 (fax)
    lbrown@thompsonhorton.com

    Holly G. McIntush
    State Bar of Texas No. 24065721
    400 West 15th Street, Suite 1430
    Austin, Texas 78701
    (512) 615-2351 (telephone)
    (512) 682-8860
    hmcintush@thompsonhorton.com

**WEISBART SPRINGER HAYES LLP**

    Julie A. Springer
    State Bar of Texas No. 18966770
    jspringer@wshllp.com
    Sara E. Janes
    State Bar of Texas No. 24056551
    sjanes@wshllp.com

    212 Lavaca Street, Suite 200
    Austin, Texas  78701
    (512 )652-5780
    (512) 682-2074 fax

**COUNSEL FOR DEFENDANT BAYLOR UNIVERSITY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon counsel of record on this 12th day of April 2019 via the Court's ECF/CMF electronic filing and service system as follows:

Mr. Chad W. Dunn (Attorney-in-Charge)
**BRAZIL & DUNN, L.L.P.**
3303 Northland Drive, Suite 205
Austin, Texas 78731
chad@brazilanddunn.com
*(Counsel for Plaintiffs)*

Mr. Jim Dunnam
**DUNNAM & DUNNAM, L.L.P.**
4125 West Waco Drive
Waco, Texas 76710-7110
jimdunnam@dunnamlaw.com
*(Counsel for Plaintiffs)*

        /s/ *Lisa A. Brown*
Lisa A. Brown

4815-9826-5486