# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | § § | |
| Plaintiffs, | § § | 6:16-CV-173-RP |
| v. | § § | *Consolidated with* |
| | § | 6:17-CV-228-RP |
| BAYLOR UNIVERSITY, | § § | 6:17-CV-236-RP |
| Defendant. | § § | |

## PEPPER HAMILTON LLP'S RESPONSE TO ORDER
## DATED JUNE 12, 2019 (DKT. 654)

Pepper Hamilton has no objection to conducting the June 17, 2019 hearing in Austin, Texas.

Respectfully submitted,

*By: /s/ William D. Cobb, Jr.*
WILLIAM D. COBB, JR.
Texas Bar No. 04444150
wcobb@cobbmartinez.com

COBB MARTINEZ WOODWARD PLLC
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5201
(214) 220-5251 (Fax)

Dated: June 13, 2019                    *Attorneys for Pepper Hamilton LLP*

-2-

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing has been served upon counsel of record via the court's electronic case filing system and/or facsimile on June 13, 2019.

                                                      */s/ William D. Cobb, Jr.*
                                                      WILLIAM D. COBB, JR.