IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | Civil Action No. 6:16-cv-173-RP |
| | § | |
| vs. | § | *Consolidated with* |
| | § | 6:16-cv-228-RP |
| BAYLOR UNIVERSITY | § | 6:16-cv-236-RP |
| | § | |
| *Defendant.* | § | |

**PLAINTIFFS' RESPONSE TO BAYLOR'S REQUEST
FOR ORAL HEARING (ECF 647)**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs and file this Response to Baylor's Request for Oral Hearing (ECF 647).

Plaintiffs assume that since the Court has now set a hearing, Baylor's motion is now moot. For purposes of future consideration, Plaintiffs believe that the Court knows best whether an oral hearing would benefit the Court, particularly in light of the extensive briefing in this case. Plaintiffs are always eager to appear in person to address any issue and have no objection to any hearing the Court chooses to set.

Dated this 13th day of June, 2019.

        Respectfully submitted,

        **BRAZIL & DUNN, L.L.P.**

        */s/ Chad W. Dunn*
        Chad W. Dunn
        State Bar No. 24036507
        3303 Northland Dr., Suite 205
        Austin, Texas 78731
        Telephone: (512) 717-9822
        Facsimile: (512) 515-9355
        chad@brazilanddunn.com

K. Scott Brazil
State Bar No. 02934050
13231 Champion Forest Dr., Suite 406
Houston, Texas 77069
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
scott@brazilanddunn.com

and

**DUNNAM & DUNNAM, L.L.P.**

Jim Dunnam
State Bar No. 06258010
4125 West Waco Drive
Waco, Texas 76710
Telephone: (254) 753-6437
Facsimile: (254) 753-7434
jimdunnam@dunnamlaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Response has been sent via the Court's electronic filing system to counsel for Defendant on June 13, 2019.

    _/s/ Chad W. Dunn_
Chad W. Dunn