**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **JANE DOE 1, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | **Civil Action No. 6:16-CV-00173-RP** |
| | § | |
| **v.** | § | **Consolidated with** |
| | § | **6:17-CV-228-RP** |
| **BAYLOR UNIVERSITY,** | § | **6:17-CV-236-RP** |
| | § | |
| **Defendant.** | § | |

## JOINT MOTION TO RESCHEDULE HEARING AND EXTEND BAYLOR'S DEADLINE TO FILE ADVISORY

The Court's July 1, 2019 Order (Dkt. 674) directed the parties to confer regarding Baylor's objections, make efforts to narrow the disputes, and for Baylor to file a short advisory with the Court by July 14, 2019 at 5:00 p.m. CST listing which objections are not moot and require Court intervention.  Dkt. 674 at 6-7.  The Court also set an in-person hearing on July 16, 2019 at 9:30 a.m. CST.  *Id.* at 7.

Due to a previously planned and paid for vacation and a medical procedure, Baylor's counsel are unavailable for a hearing on July 16, 2019.  Baylor therefore asked Plaintiffs if they would be opposed to Baylor's request to reset the hearing date.  The parties understand that the Court has availability for a hearing on July 18 at 2:00 p.m., and both Plaintiffs and Baylor are available for that date and time.  Plaintiffs do not oppose Baylor's request to reset the July 16 hearing for July 18 at 2:00 p.m.  Due to previously planned vacations and schedules of all counsel during the week of July 8, however, the parties are not able to confer until July 17.

The parties therefore request that the Court reset the hearing for **July 18, 2019 at 2:00 p.m.** and extend the deadline for Baylor to file its advisory on outstanding issues with the Court to 5:00

p.m. on **July 17, 2019**.  Baylor will give Plaintiffs' counsel a chance to review and provide input to the advisory before it is filed.

Since the entry of the Court's July 1 Order, counsel for the parties have been actively conferring on this matter.  This motion is not brought for purposes of delay.

Respectfully submitted,

**WEISBART SPRINGER HAYES LLP**
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

By:     /s/ Julie A. Springer
          Julie A. Springer
          State Bar No. 18966770
          jspringer@wshllp.com
          Sara E. Janes
          State Bar No. 24056551
          sjanes@wshllp.com
          Geoffrey D. Weisbart
          State Bar No. 21102645
          gweisbart@wshllp.com

**THOMPSON & HORTON LLP**
Lisa A. Brown
Texas Bar No. 03151470
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027-7554
713.554.6741
713.583.7934 fax
lbrown@thompsonhorton.com

Holly G. McIntush
Texas Bar No. 24065721
400 West 15th Street, Suite 1430
Austin, Texas 78701
512.615.2350
512.682.8860 fax
hmcintush@thompsonhorton.com

**COUNSEL FOR DEFENDANT**
**BAYLOR UNIVERSITY**

**BRAZIL & DUNN, L.L.P.**
3303 Northland Dr., Suite 205
Austin, Texas 78731
512.717.9822
512.515.9355 (fax)

By:     /s/ Chad W. Dunn
          Chad W. Dunn
          State Bar No. 24036507
          chad@brazilanddunn.com

**BRAZIL & DUNN, L.L.P.**
K. Scott Brazil
State Bar No. 02934050
13231 Champion Forest Drive, Suite 460
Houston, Texas 77069
scott@brazilanddunn.com

**DUNNAM & DUNNAM, L.L.P.**
Jim Dunnam
State Bar No. 06258010
4125 West Waco Drive
Waco, Texas 76710
254.753.6437
254.753.7434 fax
jimdunnam@dunnamlaw.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served upon all counsel of record on July 3, 2019, via the Court's ECF/CMF electronic service system as follows:

Mr. Chad W. Dunn (Attorney in Charge)   *Via ECF: chad@brazilanddunn.com*
**BRAZIL & DUNN, L.L.P.**
3303 Northland Drive, Suite 205
Austin, Texas 78731

Mr. K. Scott Brazil         *Via ECF: scott@brazilanddunn.com*
**BRAZIL & DUNN, L.L.P.**
13231 Champion Forest Drive, Suite 460
Houston, Texas 77069

Mr. Jim Dunnam         *Via ECF: jimdunnam@dunnamlaw.com*
**DUNNAM & DUNNAM, L.L.P.**
4125 West Waco Drive
Waco, Texas 76710

/s/ Julie A. Springer
Julie A. Springer