UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, et al., | § § § | |
| Plaintiffs, | § § | Civil Action No. 6:16-CV-00173-RP |
| v. | § § | Consolidated with |
| BAYLOR UNIVERSITY, | § § | 6:17-CV-228-RP 6:17-CV-236-RP |
| Defendant. | § § | |

**JOINT MOTION TO EXTEND ORDER DEADLINES REGARDING THIRD-PARTY VENDOR AND PRODUCTION**

The Court's June 21, 2019 Order (Dkt. 667) directed the parties to, among other things, (i) confer and select a third-party vendor and notify the Court by June 28, 2019[1] that a vendor had been hired, (ii) Pepper Hamilton to produce the materials responsive to the subpoena as referenced in the Order to the third-party vendor immediately upon the parties' notification to the Court that a vendor has been hired, and (iii) Pepper Hamilton to certify production of the materials responsive to the subpoena within the referenced time period by July 10, 2019. Dkt. 667 at 2-4.

The initial vendor identified by the parties last week was ultimately not selected. The parties have selected a replacement vendor, UnitedLex, and are working on the terms of the engagement agreement. Given the intervening July 4th holiday, the terms have not yet been finalized, but the parties expect the engagement agreement to be complete by July 12, 2019. The delay in engaging the third-party vendor will impact Pepper Hamilton's July 10, 2019 deadline to comply with the Order.

The parties therefore request that the Court (i) extend their deadline to complete the engagement of the third-party vendor, UnitedLex, to July 12, 2019 at which time they will file a Joint

---

[1] The parties sought an extension of this deadline and the Court granted an extension to July 8, 2019. *See* June 28, 2019 Text Order.

Advisory confirming they have done so; (ii) extend the deadline for Pepper Hamilton to respond to the Subpoena pursuant to the Order (Dkt. 667) until immediately after the Joint Advisory is filed; and (iii) extend the deadline for Pepper Hamilton to certify to the Court that its production is complete from July 10, 2019 to 10 days after the Joint Advisory regarding third-party vendor is filed.

Some of the other deadlines in the Court's June 21 Order may be impacted by the extension of the date for the parties to finalize the terms of the engagement of the third-party vendor, but the parties are working to minimize that impact and will advise the Court as further needs for extensions may arise.

Since the entry of the Court's June 21 Order, counsel for the parties have been actively conferring on this matter. This motion is not brought for purposes of delay.

Respectfully submitted,

| | |
|---|---|
| **WEISBART SPRINGER HAYES LLP**<br>212 Lavaca Street, Suite 200<br>Austin, Texas 78701<br>512.652.5780<br>512.682.2074 fax | **BRAZIL & DUNN, L.L.P.**<br>3303 Northland Dr., Suite 205<br>Austin, Texas 78731<br>512.717.9822<br>512.515.9355 (fax) |

By:   /s/ Julie A. Springer
      Julie A. Springer
      State Bar No. 18966770
      jspringer@wshllp.com
      Sara E. Janes
      State Bar No. 24056551
      sjanes@wshllp.com
      Geoffrey D. Weisbart
      State Bar No. 21102645
      gweisbart@wshllp.com

By:   /s/ Chad W. Dunn
      Chad W. Dunn
      State Bar No. 24036507
      chad@brazilanddunn.com

**THOMPSON & HORTON LLP**
Lisa A. Brown
Texas Bar No. 03151470
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027-7554
713.554.6741
713.583.7934 fax
lbrown@thompsonhorton.com

Holly G. McIntush
Texas Bar No. 24065721
400 West 15th Street, Suite 1430
Austin, Texas 78701
512.615.2350
512.682.8860 fax
hmcintush@thompsonhorton.com

**BRAZIL & DUNN, L.L.P.**
K. Scott Brazil
State Bar No. 02934050
13231 Champion Forest Drive, Suite 460
Houston, Texas 77069
scott@brazilanddunn.com

**DUNNAM & DUNNAM, L.L.P.**
Jim Dunnam
State Bar No. 06258010
4125 West Waco Drive
Waco, Texas 76710
254.753.6437
254.753.7434 fax
jimdunnam@dunnamlaw.com

**COUNSEL FOR PLAINTIFFS**

**COUNSEL FOR DEFENDANT
BAYLOR UNIVERSITY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served upon all counsel of record on July 8, 2019, via the Court's ECF/CMF electronic service system as follows:

Mr. Chad W. Dunn (Attorney in Charge)     *Via ECF: chad@brazilanddunn.com*
**BRAZIL & DUNN, L.L.P.**
3303 Northland Drive, Suite 205
Austin, Texas 78731

Mr. K. Scott Brazil     *Via ECF: scott@brazilanddunn.com*
**BRAZIL & DUNN, L.L.P.**
13231 Champion Forest Drive, Suite 460
Houston, Texas 77069

Mr. Jim Dunnam     *Via ECF: jimdunnam@dunnamlaw.com*
**DUNNAM & DUNNAM, L.L.P.**
4125 West Waco Drive
Waco, Texas 76710

            /s/ Julie A. Springer
            Julie A. Springer