IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | § § § | 6:16-CV-173-RP |
| Plaintiffs, | § § | *Consolidated with* |
| v. | § § | 6:17-CV-228-RP |
| | § | 6:17-CV-236-RP |
| BAYLOR UNIVERSITY, | § § | |
| Defendant. | § § | |

# ORDER

The Court resolved Baylor's motion for reconsideration regarding Plaintiffs' RFPs in part and set a hearing on the remaining issues for July 24, 2019. (*See* Mot., Dkt. 646; Order, Dkt. 674; Order Resetting Hearing, Dkt. 682). The Court ordered Baylor to confer with Plaintiffs and then file a short advisory with the Court listing which of the objections and corresponding RFPs that Baylor contends are not moot and require consideration at the hearing no later than July 18, 2019. (Dkts. 674, 682). Yesterday Baylor filed an advisory informing the Court that the parties have conferred but not had an opportunity to memorialize their agreements in writing, and that Baylor is "hopeful, however, that it will be able to advise the Court in the near future that the parties have reached an agreement." (Advisory, Dkt. 685). That filing does not accomplish the purpose of the advisory, which is to give the Court notice of the issues in dispute for the hearing. That is particularly important given the significant volume of material potentially at issue. Therefore, both Plaintiffs and Baylor are **ORDERED** to file an advisory with the Court that complies with the Court's original order no later than **Monday, July 22, 2019, at 5:00 p.m. CDT**.

**SIGNED** on March 8, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE