# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | 6:16-CV-173-RP |
| | § | |
| v. | § | *Consolidated with* |
| | § | 6:17-CV-228-RP |
| BAYLOR UNIVERSITY, | § | 6:17-CV-236-RP |
| | § | |
| Defendant. | § | |

## PLAINTIFFS and PEPPER HAMILTON'S JOINT ADVISORY TO THE COURT

In its June 21, 2019 Order (Dkt. 667), the Court required that Pepper Hamilton pay Plaintiffs' reasonable expenses incurred in making their Amended Motion to Compel (Dkt. 618), and set a date of August 20, 2019 for Plaintiffs to file a motion detailing those expenses with supporting documentation.

Plaintiffs and Pepper Hamilton jointly advise the Court that they have reached an agreement resolving the issue, making it unnecessary for Plaintiffs to file a motion.

Respectfully submitted,

**BRAZIL & DUNN, L.L.P.**
3303 Northland Dr., Suite 205
Austin, Texas 78731
512.717.9822
512.515.9355 (fax)

*By: /s/ Chad W. Dunn*
Chad W. Dunn
State Bar No. 24036507
chad@brazilanddunn.com

**BRAZIL & DUNN, L.L.P.**
K. Scott Brazil
State Bar No. 02934050
13231 Champion Forest Drive, Suite 460
Houston, Texas 77069
scott@brazilanddunn.com

**DUNNAM & DUNNAM, L.L.P.**
Jim Dunnam
State Bar No. 06258010
4125 West Waco Drive
Waco, Texas 76710
254.753.6437
254.753.7434 fax
jimdunnam@dunnamlaw.com
**COUNSEL FOR PLAINTIFFS**


*By: /s/ William D. Cobb, Jr.*
WILLIAM D. COBB, JR.
Texas Bar No. 04444150
wcobb@cobbmartinez.com

COBB MARTINEZ WOODWARD PLLC
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5201
(214) 220-5251 (Fax)


Dated:  August 20, 2019            *Attorneys for Pepper Hamilton LLP*


## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon counsel of record via the court's electronic case filing system and/or facsimile on August 20, 2019.