IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, <br> JANE DOE 3, JANE DOE 4, <br> JANE DOE 5, JANE DOE 6, <br> JANE DOE 7, JANE DOE 8, <br> JANE DOE 9, and <br> JANE DOE 10, <br><br> Plaintiffs, <br><br> v. <br><br> BAYLOR UNIVERSITY, <br><br> Defendant. | 6:16-CV-173-RP |

## ORDER

Before the Court is Defendant Baylor's Motion to Extend Deadline to Produce Documents to Third-Party E-Discovery Vendor filed on August 20, 2019. (Dkt. 695). In its motion, Baylor requests two additional days to produce hard copy documents to the vendor chosen by the parties, extending its deadline from August 20 to August 22, 2019. Baylor, in its Certificate of Conference, states: "[Baylor] attempted to confer with Plaintiffs' counsel via email and phone call on the afternoon of August 20, 2019 . . . . [but was] unable to reach Plaintiffs' counsel prior to the need to file this motion. Baylor will file an advisory with the Court when we learn from Plaintiffs' counsel whether it is opposed or unopposed to this extension request." (Dkt. 695, at 4). The Court has not received an advisory as of the afternoon of August 21, 2019.

The Court therefore **ORDERS** Baylor to file an advisory with the Court by 12:00 noon on August 22, 2019, stating whether Plaintiffs oppose or do not oppose Baylor's request.

**SIGNED** on August 21, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE