**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **JANE DOE 1, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No. 6:16-CV-00173-RP** |
| **v.** | § | |
| | § | **Consolidated with** |
| **BAYLOR UNIVERSITY,** | § | **6:17-CV-228-RP** |
| | § | **6:17-CV-236-RP** |
| **Defendant.** | § | |
| | § | |

---

**BAYLOR UNIVERSITY'S ADVISORY REGARDING**
**PLAINTIFFS' POSITION ON MOTION TO EXTEND DEADLINE TO PRODUCE**
**DOCUMENTS TO THIRD-PARTY VENDOR**

---

In response to the Court's Order (Dkt. 696), Defendant Baylor University hereby advises the Court that it has conferred with Plaintiffs' counsel, and they oppose Defendant Baylor's Motion to Extend Deadline to Produce Documents to Third-Party E-Discovery Vendor, filed on August 20, 2019 (Dkt. 695).

Respectfully submitted,

WEISBART SPRINGER HAYES LLP
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

By:   /s/ Julie A. Springer
      Julie A. Springer
      State Bar No. 18966770
      jspringer@wshllp.com
      Sara E. Janes
      State Bar No. 24056551
      sjanes@wshllp.com
      Geoffrey D. Weisbart
      State Bar No. 21102645
      gweisbart@wshllp.com

**THOMPSON & HORTON LLP**
Lisa A. Brown
Texas Bar No. 03151470
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027-7554
(713) 554-6741
(713) 583-7934 fax
lbrown@thompsonhorton.com

Holly G. McIntush
Texas Bar No. 24065721
400 West 15th Street, Suite 1430
Austin, Texas 78701
(512) 615-2350
(512) 682-8860 fax
hmcintush@thompsonhorton.com

**COUNSEL FOR DEFENDANT
BAYLOR UNIVERSITY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served upon all counsel of record on August 22, 2019, via the Court's ECF/CMF electronic service system as follows:

Mr. Chad W. Dunn (Attorney in Charge)   *Via ECF: chad@brazilanddunn.com*
**BRAZIL & DUNN, L.L.P.**
3303 Northland Drive, Suite 205
Austin, Texas 78731

Mr. K. Scott Brazil   *Via ECF: scott@brazilanddunn.com*
**BRAZIL & DUNN, L.L.P.**
13231 Champion Forest Drive, Suite 460
Houston, Texas 77069

Mr. Jim Dunnam   *Via ECF: jimdunnam@dunnamlaw.com*
**DUNNAM & DUNNAM, L.L.P.**
4125 West Waco Drive
Waco, Texas 76710

 /s/ Julie A. Springer
Julie A. Springer