UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, et al., | § § § § § § § § § § | |
| Plaintiffs, | | Civil Action No. 6:16-CV-00173-RP |
| v. | | Consolidated with |
| BAYLOR UNIVERSITY, | | 6:17-CV-228-RP
6:17-CV-236-RP |
| Defendant. | | |

### BAYLOR UNIVERSITY'S ADVISORY REGARDING
### ORDER TO PRODUCE DOCUMENTS TO THIRD-PARTY VENDOR

The purpose of this advisory is to inform the Court that, pursuant to this Court's Order of June 21, 2019 (Dkt. 667), Defendant Baylor University has "produce[d] unredacted versions of the materials added to the supplemental privilege logs between March 15, 2019, and June 20, 2019" to the third-party vendor. Baylor submitted the vast majority of the materials by August 20, 2019. The remaining materials were submitted to the vendor two days later, on August 22, 2019, due to an unexpected delay in preparing the materials for submission (*see* Dkt. 695, Defendant's Motion for Extension).

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ Lisa A. Brown
State Bar No. 03151470
lbrown@thompsonhorton.com

Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027-7554
713.554.6741
713.583.7934 fax

    Holly G. McIntush
    State Bar No. 24065721
    400 West 15th Street, Suite 1430
    Austin, Texas 78701
    512.615.2350
    512.682.8860 fax
    hmcintush@thompsonhorton.com

    **WEISBART SPRINGER HAYES LLP**
    Julie A. Springer
    State Bar No. 18966770
    jspringer@wshllp.com
    Sara E. Janes
    State Bar No. 24056551
    sjanes@wshllp.com
    Geoffrey D. Weisbart
    State Bar No. 21102645
    gweisbart@wshllp.com

    212 Lavaca Street, Suite 200
    Austin, Texas 78701
    512.652.5780
    512.682.2074 fax

    **COUNSEL FOR DEFENDANT**
    **BAYLOR UNIVERSITY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing advisory was served upon all counsel of record on August 23, 2019, via the Court's ECF/CMF electronic service system as follows:

Mr. Chad W. Dunn *Via ECF: chad@brazilanddunn.com*
**BRAZIL & DUNN, L.L.P.**
3303 Northland Drive, Suite 205
Austin, Texas 78731

Mr. K. Scott Brazil *Via ECF: scott@brazilanddunn.com*
**BRAZIL & DUNN, L.L.P.**
13231 Champion Forest Drive, Suite 460
Houston, Texas 77069

Mr. Jim Dunnam *Via ECF: jimdunnam@dunnamlaw.com*
**DUNNAM & DUNNAM, L.L.P.**
4125 West Waco Drive
Waco, Texas 76710

/s/ Holly G. McIntush
Holly G. McIntush

4835-4593-5010, v. 1