## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **JANE DOE 1, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | **Civil Action No. 6:16-CV-00173-RP** |
| | § | |
| **v.** | § | |
| | § | **Consolidated with** |
| **BAYLOR UNIVERSITY,** | § | **6:17-CV-228-RP** |
| | § | **6:17-CV-236-RP** |
| **Defendant.** | § | |

## JOINT ADVISORY TO THE COURT

Plaintiffs and Baylor file this Joint Advisory updating the Court as to the status of the third party vendor's progress in processing the data provided by Pepper Hamilton.  Dkt. 701.

The third party vendor, with continued guidance from the parties, is continuing to process the data it received from Pepper Hamilton.  Once the third party vendor confirms the Pepper Hamilton data has been processed and bates labeled, the parties will confer and file an advisory with the Court (i) confirming completion of the processing by the third party vendor, and (ii) identifying an amended deadline for Baylor to produce and/or log the Pepper Hamilton material post-dating June 15, 2016 produced by Pepper Hamilton to the third party vendor.  Dkt. 667, 701.

Respectfully submitted,

**WEISBART SPRINGER HAYES LLP**
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

By:      /s/ Julie A. Springer
         Julie A. Springer
         State Bar No. 18966770
         jspringer@wshllp.com
         Sara E. Janes
         State Bar No. 24056551
         sjanes@wshllp.com
         Geoffrey D. Weisbart
         State Bar No. 21102645
         gweisbart@wshllp.com

**THOMPSON & HORTON LLP**
Lisa A. Brown
Texas Bar No. 03151470
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027-7554
713.554.6741
713.583.7934 fax
lbrown@thompsonhorton.com

Holly G. McIntush
Texas Bar No. 24065721
400 West 15th Street, Suite 1430
Austin, Texas 78701
512.615.2350
512.682.8860 fax
hmcintush@thompsonhorton.com

**COUNSEL FOR DEFENDANT
BAYLOR UNIVERSITY**

**BRAZIL & DUNN, L.L.P.**
3303 Northland Dr., Suite 205
Austin, Texas 78731
512.717.9822
512.515.9355 (fax)

By:      /s/ Chad W. Dunn
         Chad W. Dunn
         State Bar No. 24036507
         chad@brazilanddunn.com

**BRAZIL & DUNN, L.L.P.**
K. Scott Brazil
State Bar No. 02934050
13231 Champion Forest Drive, Suite 460
Houston, Texas 77069
scott@brazilanddunn.com

**DUNNAM & DUNNAM, L.L.P.**
Jim Dunnam
State Bar No. 06258010
4125 West Waco Drive
Waco, Texas 76710
254.753.6437
254.753.7434 fax
jimdunnam@dunnamlaw.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served upon all counsel of record on September 6, 2019, via the Court's ECF/CMF electronic service system as follows:

Mr. Chad W. Dunn (Attorney in Charge)          *Via ECF: chad@brazilanddunn.com*
**BRAZIL & DUNN, L.L.P.**
3303 Northland Drive, Suite 205
Austin, Texas 78731

Mr. K. Scott Brazil                                              *Via ECF: scott@brazilanddunn.com*
**BRAZIL & DUNN, L.L.P.**
13231 Champion Forest Drive, Suite 460
Houston, Texas 77069

Mr. Jim Dunnam                                               *Via ECF: jimdunnam@dunnamlaw.com*
**DUNNAM & DUNNAM, L.L.P.**
4125 West Waco Drive
Waco, Texas 76710

/s/ Julie A. Springer
Julie A. Springer