IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | § | |
| | § | |
| | § | 6:16-CV-173-RP |
| Plaintiffs, | § | |
| | § | *Consolidated with* |
| v. | § | 6:17-CV-228-RP |
| | § | 6:17-CV-236-RP |
| BAYLOR UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On October 22, 2018, the Court entered an order advising the parties that in light of the volume of pending motions, the Court would consider modification of the Scheduling Order at an appropriate time later in the discovery process. (Advisory, Dkt. 576). Since then, the Court has resolved 23 motions for discovery relief. Sixteen additional motions remain pending. In anticipation of the conclusion of discovery, the Court requests that the parties confer and prepare a joint proposed amended scheduling order.

Accordingly, **IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using District Judge Robert Pitman's form on or before **November 13, 2019**.

**SIGNED** on October 30, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE