IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **Jane Doe 1, et al.** | § | 6:16-CV-173-RP-AWA |
| | § | |
| **v.** | § | *Consolidated with* |
| | § | 6:17-CV-228-RP-AWA |
| **Baylor University** | § | 6:17-CV-236-RP-AWA |

**ORDER**

On November 15, 2019, the Court entered an order that, among other things, directed that certain third parties who had filed motions seeking protection from discovery inform the Court, through an advisory, whether their motions still required the Court's attention. Dkt. No. 721. The advisories were due yesterday. Of the ten third parties the order was directed to, at least five have failed to file an advisory. The Court's CM/ECF records reflect that counsel for the third parties all received email notice of the order.

In light of this, the Court orders that counsel for the following parties file the required advisory no later than 9:00 a.m. on December 4, 2019:

| Third party | Counsel |
|---|---|
| Brian Nicholson | Andy McSwain; Dan N. MacLemore |
| Migdalia Holgersson | David N. Deaconson |
| Colin Shillinglaw | Gaines West; Padon Holt |
| Ken W. Starr | W. Mark Lanier |
| Juan Alejandro | Andrew McKinney |

Failure to file the advisory may lead to the entry of an order to show cause why all objections to the discovery at issue should not be considered waived, and why the motion for protection should not accordingly be denied.

SIGNED this 3rd day of December, 2019.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE