IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, et al | § | |
| | § | 6:16-CV-173-RP-AWA |
| v. | § | |
| | § | *Consolidated with* |
| | § | 6:17-CV-238-RP-AWA |
| BAYLOR UNIVERSITY | § | 6:17-CV-236-RP-AWA |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Non-Party Juan Alejandro ("Alejandro"), and files this Notice of Appearance of Counsel for Valarie J. Eissler of McKinney Taylor P.C. Ms. Eissler, who is duly admitted to practice in the Western District of Texas, will be additional counsel for Alejandro and respectfully requests that the Clerk of the Court enter counsel's appearance and provide her notice of any and all of the Court's filing and announcements related to this matter.

Respectfully submitted,

By: */s/ Andrew T. McKinney*

**Andrew T. McKinney IV**
State Bar No. 13716800
Federal ID No. 4237
mckinney@mckinneytaylor.com
MCKINNEY TAYLOR P.C.
Three Riverway, Suite 900
Houston, Texas 77056
Telephone: 713-487-1487
Facsimile:  713-487-1488
**ATTORNEY-IN-CHARGE FOR
NON-PARTY JUAN ALEJANDRO**

**OF COUNSEL:**

**Valarie J. Eissler**
State Bar No. 00790636
Federal ID No. 20597

**Notice of Appearance of Counsel-Page 1 of 2**

eissler@mckinneytaylor.com

MCKINNEY TAYLOR P.C.

Three Riverway, Suite 900

Houston, Texas 77056

Telephone: 713-487-1487

Facsimile:   713-487-1488

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 3rd day of December, 2019.


/s/ Andrew T. McKinney IV
**Andrew T. McKinney IV**

**Notice of Appearance of Counsel-Page 2 of 2**