UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Jane Doe 1 et al | § § | |
| vs. | § § | Case Number:  WA:16-CV-00173-RP |
| Baylor University | § | |

**ORDER SETTING STATUS CONFERENCE**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for Wednesday, December 11, 2019 at 02:00 PM, in Courtroom 3, on the Fourth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX .

If the parties wish to appear by telephone they may do so by notifying the undersigned's courtroom deputy, Mrs. Amanda Deichert, at (512) 391-8705, prior to the conference. The parties are instructed to call (866) 390-1828 and enter access code 6054147 on the designated date and time.

IT IS SO ORDERED this **10th day of December, 2019.**

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE
