IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, JANE DOE 2, | § | |
| JANE DOE 3, JANE DOE 4, | § | |
| JANE DOE 5, JANE DOE 6, | § | |
| JANE DOE 7, JANE DOE 8, | § | |
| JANE DOE 9, and JANE DOE 10 | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | Cause No. 6:16-cv-173-RP-AA |
| | § | JURY TRIAL DEMANDED |
| BAYLOR UNIVERSITY | § | |
| *Defendant.* | § | |

## PLAINTIFFS' ADVISORY REGARDING ECF 744

TO THE HONORABLE JUDGE AUSTIN:

COME NOW PLAINTIFFS and file this Advisory Pursuant to the Court's order of December 6, 2019 (ECF 744), Plaintiffs hereby present attached as Exhibit A, the ESI Proposal that Plaintiffs transmitted to Defendant's counsel on December 9, 2019.

Respectfully submitted,

  /*s*/ Jim Dunnam
**DUNNAM & DUNNAM, L.L.P.**
Jim Dunnam
State Bar No. 06258010
jimdunnam@dunnamlaw.com
Eleeza Johnson
State Bar No. 24058690
eleezajohnson@dunnamlaw.com
Andrea Mehta
State Bar No. 24078992
andreamehta@dunnamlaw.com
4125 West Waco Drive
Waco, Texas 76710
Telephone: (254) 753-6437
Facsimile: (254) 753-7434

**AND**

1

**BRAZIL & DUNN, L.L.P.**
Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
3303 Northland Drive, Suite 205
Austin, Texas 78731
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been filed by ECF and sent to counsel of record via electronic notification on December 10, 2019.

/*s*/Jim Dunnam
JIM DUNNAM