# EXHIBIT A

| Custodian | Included on ESI Order 176 | Plaintiffs Proposal |
|---|---|---|
| Alejandro, Juan | Yes PH | Previously agreed custodians-- JD 11-15 and AA 12-18 run for entire ESI time period.  JD 1-15 and AA 1-18 plus search terms for 6/15/16 - 11/7/17. |
| Beckenhauer, Charlie | Yes PH | |
| Bennett, Phil | Yes PH | |
| Blount, Norris | Yes PH | |
| Bradshaw, Paul | Yes PH | |
| Briles, Art | Yes PH | |
| Briles, Kendal | Yes PH | |
| Childers, Mark | Yes PH | |
| Counsellor, Jeremy | Yes PH | |
| Crawford, Patty | Yes PH | |
| Davis, Tommye Lou | Yes PH | |
| Deats, Shelly | Yes PH | |
| Doak, Jim | Yes PH | |
| Dorrell-Ritter, Sarah | Yes PH | |
| Genous, Lori | Yes PH | |
| Gochis, Cheryl | Yes PH | |
| Hogue, Tiffany | Yes PH | |
| Holmes, Chris | Yes PH | |
| Jackson, Chad | Yes PH | |
| Jackson, Kevin | Yes PH | |
| Jobson, Marci | Yes PH | |
| Jobson, Paul | Yes PH | |
| Knowles, Kandy | Yes PH | |
| Kzadi, Kaz | Yes PH | |
| Leeper, Karla | Yes PH | |
| Lyons, Gabrielle | Yes PH | |
| MacLemore, Don | Yes PH | |
| McCaw, Ian | Yes PH | |
| McCraw, Bethany | Yes PH | |
| McRary, Ian | Yes PH | |
| Miller, Keith | Yes PH | |
| Murdock, David | Yes PH | |
| Nicholson, Brian | Yes PH | |
| Patulski, Todd | Yes PH | |
| Post, Nancy | Yes PH | |
| Ramsower, Reagan | Yes PH | |
| Rogers, Mike | Yes PH | |
| Schillinglaw, Colin | Yes PH | |
| Scott, Martha Lou | Yes PH | |
| Starr, Ken | Yes PH | |
| Toben, Brad | Yes PH | |
| Walls, Candice | Yes PH | |
| Walter, Janelle | Yes PH | |
| Whelan, John | Yes PH | |

| | | |
|---|---|---|
| Wigtil, Brad | Yes PH | |
| Yeary, Wes | Yes PH | |
| Cano, Elisabeth | yes | |
| Clements, Randy | yes | |
| Cooper, Trenia | yes | |
| Fogleman, Lori | Yes | |
| Garland, David | yes | |
| Garner, Brian | yes | |
| Holgersson, Migdalia | yes | |
| Ivy, Becky | yes | |
| Jarrell, Sarah | yes | |
| Jarvis, Jennifer | yes | |
| Lebby, Jeff | yes | |
| McGregor, F.B. (Bob) | yes | |
| McPherson, Sarah | yes | |
| Noble, Michael | yes | |
| Priest, Pattilin | yes | |
| Splane, Sonya | yes | |
| Torres-Smith, Katherine | yes | |
| Trevathan, Edwin | yes | |
| Tucker, Kristen | yes | |
| Wall, Cynthia | yes | |
| Barry, John | not agreed | Entire ESI time period and all terms. |
| Brooks, David | not agreed | Entire ESI time period and all terms. |
| Brumley, Larry | not agreed | Entire ESI time period and all terms. |
| Crone, Marilyn | not agreed | Entire ESI time period and all terms. |
| Davis, Elizabeth | not agreed | Entire ESI time period and all terms. |
| Davis, Molly | not agreed | Entire ESI time period and all terms. |
| Frost, Melvin | not agreed | Entire ESI time period and all terms. |
| Gaynor, Kim | not agreed | Entire ESI time period and all terms. |
| Gray, Cary | not agreed | Entire ESI time period and all terms. |
| Gray, Van | not agreed | Entire ESI time period and all terms. |
| Haag, Jerry | not agreed | Entire ESI time period and all terms. |
| Hall, Ken | not agreed | Entire ESI time period and all terms. |
| Hall, Yoshiko | not agreed | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Harper, David | not agreed | Entire ESI time period and all terms. |
| Helpert, Kevin | not agreed | Entire ESI time period and all terms. |
| Howell, Brent | not agreed | Entire ESI time period and all terms. |
| Hulme Eileen | not agreed | Entire ESI time period and all terms. |
| James, Lee Ann | not agreed | Entire ESI time period and all terms. |
| Jeffrey, David | not agreed | Entire ESI time period and all terms. |

| | | |
|---|---|---|
| Jones, Greg | not agreed | Entire ESI time period and all terms. |
| Jones, Neal T | not agreed | Entire ESI time period and all terms. |
| Kamperman, Carrolle | not agreed | Entire ESI time period and all terms. |
| Kroll, Sydney | not agreed | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Kucera, Jeannette | not agreed | Entire ESI time period and all terms. |
| Lilley, John M. | not agreed | Entire ESI time period and all terms. |
| Lofgren, Randy | not agreed | Entire ESI time period and all terms. |
| Maggard, Judy | not agreed | Entire ESI time period and all terms. |
| Marsh, James | not agreed | Entire ESI time period and all terms. |
| Morrison, Michael D. | not agreed | Entire ESI time period and all terms. |
| Mosser, Ali | not agreed | Entire ESI time period and all terms. |
| Murff, Ronald | not agreed | Entire ESI time period and all terms. |
| O'Brien, Randall | not agreed | Entire ESI time period and all terms. |
| Oliver, Dub | not agreed | Entire ESI time period and all terms. |
| Orr, Pattie | not agreed | Entire ESI time period and all terms. |
| Prescott, Dennis | not agreed | Entire ESI time period and all terms. |
| Robertson, Tyler | not agreed | Entire ESI time period and all terms. |
| Rogers, Lauri | not agreed | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Scott, Richard C. | not agreed | Entire ESI time period and all terms. |
| Sloan, Robert | not agreed | Entire ESI time period and all terms. |
| Stern, Sharon | not agreed | Entire ESI time period and all terms. |
| Stone, Dary | not agreed | Entire ESI time period and all terms. |
| Ternus, Marsha | not agreed | Entire ESI time period and all terms. |
| Thompson, Amber | not agreed | Entire ESI time period and all terms. |
| Underwood, Bill | not agreed | Entire ESI time period and all terms. |
| Welch, Doug | not agreed | Entire ESI time period and all terms. |
| Willis, Richard | not agreed | Entire ESI time period and all terms. |
| Wooten, Cheryl | not agreed | Entire ESI time period and all terms. |
| Wright, Kathy Wills | not agreed | Entire ESI time period and all terms. |

| Name | | Notes |
|---|---|---|
| Barnes, Ashley | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Benninghof, James | NA | Entire ESI time period and all terms. |
| Binetti, Katie Marie | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Bracey, Amanda Thogmartin | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Bradshaw, John Mattison | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Bradshaw, Ronald | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Burchett, Matt | NA | Entire ESI time period and all terms. |
| Castleberry, Vanessa | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |

| | | |
|---|---|---|
| Corey, David | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Diaz-Grandados, Jamie | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Dolan, Sara | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Evans, Katherine Reed | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Flores, Adam | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Fulcher, Alexandria | NA | Entire ESI time period and all terms. |
| Garner, Brian | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Garrett, Lisa | NA | Entire ESI time period and all terms. |
| Gilbreath, Brianna | NA | Entire ESI time period and all terms. |

| Name | | Instructions |
|---|---|---|
| Gipson, Stephen Lloyd | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Goodman, Amy | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Graham, Curtis | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Gravagne, Ian | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Greer, Stanton | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Grobe, Jim | NA | Entire ESI time period and all terms. |
| Hicks, Brandyn | NA | Entire ESI time period and all terms. |
| Hinojosa, Victor | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Hughes, Carolyn | NA | Entire ESI time period and all terms. |

| | | |
|---|---|---|
| Jordan, William | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Lanning, Beth | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Livingstone, Linda | NA | Entire ESI time period and all terms. |
| MacMaster, Lisa | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Makowsky, Dan Reid | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Manzanares, Carlos | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Marsh, Monique | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |

| | | |
|---|---|---|
| Mastin, Regina | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| McKinney, Marilyn | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Moore, Colby | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Nam, Kyunglim | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Oxford, Ed | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Rabbe , Dennis Henry | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |

| | | |
|---|---|---|
| Riley, Hugh H. | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Rushing, Anne Elizabeth | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Sadler , Larry | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Shuford, Kevin Lee | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Skurla, Carolyn | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Stewart, Phil | NA | Entire ESI time period and all terms. |
| Tsang, JoAnn | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |

| | | |
|---|---|---|
| Uber, David Merril | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Usenko, Crystal | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| White, Ellen | NA | Entire ESI time period and all terms. |
| Wood, Emma | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |
| Wright, Lesley | NA | Limit search to all JD & AA names and documents regarding policies, procedures and programs related to sexual assault and Title IX.  Search for the Entire ESI time period and for the Jane Doe's still enrolled past 11/6/17, through the date of graduation. |

| Original ESI & Additional ESI Orders - Terms | Plaintiffs Proposal |
|---|---|
| PH | Agree to PH NOT w/1 D |
| bury | Agree to Remove |
| delete* (but used in conjunction with report or evidence) | Agree to Remove |
| failure /s identify | Agree to Remove |
| failure /s prioritize | Agree to Remove |
| Galluccie | Agree to Remove |
| Harrassment | Agree to Remove |
| Hidding | Agree to Remove |
| multiple /s partner | Agree to Remove |
| penetration | Agree to Remove |
| prior /s conduct | Agree to Remove |
| purge* | Agree to Remove |
| prior /s sex | Include- Not Agreed |
| resource /s title ix | Include- Not Agreed |
| Sex / Sexual | Include- Not Agreed |
| Sex Act | Include- Not Agreed |
| Sexual Activity | Include- Not Agreed |
| Violence Against Women Reauthorization Act / VAWA | Include- Not Agreed |
| Assault* | Include- Not Agreed |
| Clery Act | Include- Not Agreed |
| Sexual Assault | Include- Not Agreed |
| Title IX | Include- Not Agreed |
| stalk* | Include- Not Agreed |
| failure /s action | Include - Agreed |
| failure /s implement | Include - Agreed |
| failure /s respond | Include - Agreed |
| redact /s name | Include - Agreed |
| Jane Does 1-15 & Alleged Assailants 1-18 | Include - Agreed |
| deserved /s it | Include - Agreed |
| disciplinary /s sex | Include - Agreed |
| expel* | Include - Agreed |
| her /s dress | Include - Agreed |
| her /s fault | Include - Agreed |
| ho | Include - Agreed |
| immoral | Include - Agreed |
| inbread | Include - Agreed |
| Intimate Partner Violence | Include - Agreed |
| Mea Culpa | Include - Agreed |
| pattern /s conduct | Include - Agreed |
| pattern /s violence | Include - Agreed |
| pervert | Include - Agreed |
| premarital | Include - Agreed |
| preservation /s evidence | Include - Agreed |

| | |
|---|---|
| promiscuous | Include - Agreed |
| rape | Include - Agreed |
| she /s dress | Include - Agreed |
| she /s expect | Include - Agreed |
| Skank* | Include - Agreed |
| Sleazy | Include - Agreed |
| slut* | Include - Agreed |
| stripper | Include - Agreed |
| title ix /s compliance | Include - Agreed |
| tramp | Include - Agreed |
| whore | Include - Agreed |
| asking /s for /s it (used in conjunction with they or she | Include - Agreed |
| consent* /s sex | Include - Agreed |
| dating /s violence | Include - Agreed |
| dear colleague letter with reference to sex | Include - Agreed |
| Gender /s Harrassment | Include - Agreed |
| hostile environment | Include - Agreed |
| Incapacitated (but used in conjunction with alcohol, beer or drink | Include - Agreed |
| insidious | Include - Agreed |
| Non-consensual | Include - Agreed |
| Pepper | Include - Agreed |
| Pepper Hamilton | Include - Agreed |
| P-H | Include - Agreed |
| response /s Title IX | Include - Agreed |
| Sexual Contact | Include - Agreed |
| Sexual Exploitation | Include - Agreed |
| Sexual Harrassment | Include - Agreed |
| she /s wearing | Include - Agreed |
| victim blaming | Include - Agreed |
| | |
| **New terms proposed by Baylor** | |
| sexual assault /s task force | |
| implement* /s recommendations | |
| Pepper Hamilton /s recommendations | |
| incapacitated /s alcohol s/ beer /s drink | |
| 105 Recommendations | |
| implement* /s pepper hamilton | |
| implement* /s recommendation* | |
| sexual assault /s action team | Plaintiffs agree to the additional terms |
| sexual assault /s implement* | |