UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, et al | § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | Cause No. 6:16-cv-173-RP-AWA |
| BAYLOR UNIVERSITY | § § § | |
| *Defendant*. | § § § § | |

### NON-PARTY PHILIP STEWART'S UNOPPOSED MOTION TO RESET HEARING ON PLAINTIFFS' MOTION TO COMPEL AND REQUEST FOR IN CAMERA REVIEW

TO THE HONORABLE ANDREW AUSTIN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW, Non-Party Philip Stewart, and respectfully files his Unopposed Motion to Reset Hearing on Plaintiffs' Motion to Compel and Request for in Camera Review, originally scheduled for January 22, 2020, at 9:00 a.m., to January 31, 2020, at 9:00 a.m., or at a later time that is convenient for the Court. In support of this Motion, Mr. Stewart represents to this Honorable Court the following:

Due to a previously planned and paid for vacation out of country, the undersigned counsel for Mr. Stewart is not available for a hearing on January 22, 2020. The undersigned counsel for Mr. Stewart will be in Australia and New Zealand (one of the bucket lists items), with said trip having been scheduled 14 months ago. Counsel apologizes to the

Court for any inconvenience in scheduling caused due to the lack of a vacation letter on file for Mr. Stewart's counsel.

Mr. Stewart represents that the parties subject to this Court's Order dated December 20, 2019 are unopposed to this motion.

Mr. Stewart, therefore, respectfully requests that this Court reset the hearing for January 31, 2019, at 9:00 a.m., or at a later time that is convenient for the Court. This motion is not brought for the purpose of delay.

        Respectfully submitted,

        GOODE CASSEB JONES
        RIKLIN CHOATE & WATSON, P.C.
        2122 North Main Avenue
        San Antonio, Texas 78212
        Tel: (210) 733-6030
        Fax: (210) 733-0330

        /s/ *Kyle C. Watson*
        Kyle C. Watson
        State Bar No. 20971100
        watson@goodelaw.com
        Lee Warren
        State Bar No. 24099453
        warren@goodelaw.com
        Jenna C. Castleman
        State Bar No. 24105583
        castleman@goodelaw.com

        **ATTORNEYS FOR PHILIP STEWART**

## CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2020, a true and correct copy of the foregoing has been served via email on counsel of record as noted below:

*VIA EMAIL*
*jimdunnam@dunnamlaw.com*
Jim Dunnam
Dunnam & Dunnam, L.L.P.
4125 West Waco Drive
Waco, TX 76710

*VIA EMAIL*
*chad@brazilanddunn.com*
Chad W. Dunn
K. Scott Brazil
Abbie J. Kamin
Brazil & Dunn, L.L.P.
4201 Cypress Creek Parkway, Suite 530
Houston, Texas 77068

*VIA EMAIL*
*lbrown@thompsonhorton.com*
Lisa A. Brown
Thompson & Horton LLP
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027-7554

*VIA EMAIL*
*hmcintush@thompsonhorton.com*
Holly G. McIntush
Thompson & Horton LLP
400 West 15th Street, Suite 1430
Austin, TX 78701-1648

*VIA EMAIL*
*shenninger@fhmbk.com*
Stephen D. Henninger
Fanning Harper Martinson Brandt & Kutchin, P.C.
4849 Greenville Avenue, Suite 1300
Dallas, Texas 75206

                                          /s/ *Jenna C. Castleman*
                                          Jenna C. Castleman