UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JANE DOE 1, et al § § *Plaintiffs*, § § vs. § § BAYLOR UNIVERSITY § § *Defendant.* § § § | Cause No. 6:16-cv-173-RP-AWA |

## **PROPOSED ORDER**

On this date came on for consideration Non-Party Philip Stewart's Unopposed Motion to Reset Hearing on Plaintiffs' Motion to Compel and Request for In Camera Review, originally scheduled for January 22, 2020 at 9:00 a.m. (Dkt. 760). The Court, after reviewing the Motion and pleadings on file, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the hearing on Plaintiffs' Motion to Compel and Request for In Camera Review, originally set for January 22, 2020 at 9:00 a.m., will be reset to January 31, 2020, at 9:00 a.m. Counsel for Plaintiffs, Baylor University, Ian McCaw and Philip Stewart are **ORDERED** to appear for an in-person hearing on **Friday, January 31, 2020 at 9:00 a.m. in Courtroom No. 3, United States Courthouse, 501 West 5th Street, Austin, Texas.**

SIGNED this _____ day of January, 2020.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 7, 2020, a true and correct copy of the foregoing has been served via email on counsel of record as noted below:

*VIA EMAIL*
*jimdunnam@dunnamlaw.com*
Jim Dunnam
Dunnam & Dunnam, L.L.P.
4125 West Waco Drive
Waco, TX 76710

*VIA EMAIL*
*chad@brazilanddunn.com*
Chad W. Dunn
K. Scott Brazil
Abbie J. Kamin
Brazil & Dunn, L.L.P.
4201 Cypress Creek Parkway, Suite 530
Houston, Texas 77068

*VIA EMAIL*
*lbrown@thompsonhorton.com*
Lisa A. Brown
Thompson & Horton LLP
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027-7554

*VIA EMAIL*
*hmcintush@thompsonhorton.com*
Holly G. McIntush
Thompson & Horton LLP
400 West 15th Street, Suite 1430
Austin, TX 78701-1648

*VIA EMAIL*
*shenninger@fhmbk.com*
Stephen D. Henninger
Fanning Harper Martinson Brandt & Kutchin, P.C.
4849 Greenville Avenue, Suite 1300
Dallas, Texas 75206

            /s/ *Jenna C. Castleman*
            Jenna C. Castleman