# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, ET AL. | § | 6:16-CV-173-RP-AWA |
| | § | |
| v. | § | *Consolidated with* |
| | § | 6:17-CV-228-RP-AWA |
| BAYLOR UNIVERSITY | § | 6:17-CV-236-RP-AWA |

## ORDER

**IT IS ORDERED** that the hearing regarding certain custodian groups, currently set for Friday, January 24, 2020, at 9:30 a.m., is **HEREBY RESET** to Monday, **January 27, 2020, at 10:00 a.m.** in Courtroom No. 3, United States Courthouse, 501 West 5th Street, Austin, Texas.

SIGNED this 9th of January, 2020.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE