IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, ET AL. | § | 6:16-CV-173-RP-AWA |
| | § | |
| v. | § | *Consolidated with* |
| | § | 6:17-CV-228-RP-AWA |
| BAYLOR UNIVERSITY | § | 6:17-CV-236-RP-AWA |

## ORDER

Before the Court is the parties' supplemental briefing on ESI search terms. Dkt. Nos. 773, 776. In their brief, Plaintiffs state: "It should also be noted that while Plaintiffs have suggested modifying [the term Title IX] with certain exclusions to address certain Baylor's concerns, this suggestion was rejected by Baylor." Dkt. 773 at 2.

Plaintiffs are ORDERED to file a copy of their proposed exclusions and/or modifiers for "Title IX" and any other disputed term on or before **February 27, 2020**. Plaintiffs should not include briefing.

SIGNED this 24th of February, 2020.

_____

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE