

|  |  |
|---|---|
| Houston<br>Dallas<br>Austin | Lisa A. Brown<br>Partner<br><br>(713) 554-6741 Office<br>(713) 583-7934 Fax<br><br>lbrown@thompsonhorton.com<br><br>**THOMPSON & HORTON LLP**<br>Phoenix Tower, Suite 2000<br>3200 Southwest Freeway<br>Houston, Texas  77027-7554 |

April 8, 2020

**VIA ECF**

The Honorable Andrew W. Austin
United States District Court
501 West 5th Street, Suite 4190
Austin, Texas 78701

    Re:   Case No. 6:16-cv-00173-RP-AWA *consolidated with* 6:17-CV-228-RP-AWA and 6:17-CV-236-RP-AWA; *Jane Doe 1, et al. v. Baylor University*; In the United States District Court for the Western District of Texas – Waco Division

**Defendant Baylor University's Advisory Regarding Privilege Log Filed on December 20, 2019**

Dear Judge Austin:

    On December 20, 2019, Baylor filed a privilege log relating to the document families selected by a third-party vendor for the Court's review.  Dkt. 762.  Since that time, and in the light of the Court's subsequent guidance regarding privilege, Baylor has been in the process of reviewing and, as appropriate, updating its privilege logs.

    The purpose of this advisory is to inform the Court that Baylor has produced to the Plaintiffs six items on the privilege log that was filed on December 20, 2019. One group (rows 45 through 49) pertains to communications with an external law firm, and the second group (rows 29 through 32) relates to an email from Baylor's general counsel and calendar entries that include duplicates of the same email.  Baylor has withdrawn the assertion of privilege as to these items.

    Respectfully submitted,

*/s/ Lisa A. Brown*
Lisa A. Brown

Hon. Andrew W. Austin
April 8, 2020
Page 2


cc:     Ms. Holly McIntush
        Ms. Ryan Newman
        Thompson & Horton LLP

        Ms. Julie Springer
        Ms. Sara Janes
        Mr. Geoff Weisbart
        Weisbart, Springer & Hayes

Hon. Andrew W. Austin
April 8, 2020
Page 3

## CERTIFICATE OF SERVICE

    I certify that a copy of this letter has been served on Plaintiffs' counsel in accordance with the rules of the court:

| | |
|---|---|
| Mr. Chad W. Dunn (Attorney in Charge) | *Via ECF: chad@brazilanddunn.com* |
| BRAZIL & DUNN, L.L.P. | |
| 4407 Bee Caves Road, Suite 111 | |
| Austin, Texas 78746 | |
| | |
| Mr. K. Scott Brazil | *Via ECF: scott@brazilanddunn.com* |
| BRAZIL & DUNN, L.L.P. | |
| 13231 Champion Forest Drive, Suite 460 | |
| Houston, Texas 77069 | |
| | |
| Mr. Jim Dunnam | *Via ECF: jimdunnam@dunnamlaw.com* |
| Ms. Andrea Mehta | *Via ECF: andreamehta@dunnamlaw.com* |
| Ms. Eleeza Johnson | *Via ECF: eleezajohnson@dunnamlaw.com* |
| DUNNAM & DUNNAM, L.L.P. | |
| 4125 West Waco Drive | |
| Waco, Texas 76710 | |
| | |
| Ms. Laura Benitez Geisler | *Via ECF: lgeisler@textrial.com* |
| Mr. Sean J. McCaffity | *Via ECF: smccaffity@textrial.com* |
| SOMMERMAN, MCCAFFITY, | |
|  QUESADA & GEISLER, LLP | |
| 3811 Turtle Creek Boulevard, Suite 1400 | |
| Dallas, Texas 75219-4461 | |

                                                          */s/ Lisa A. Brown*
                                                          Lisa A. Brown

4851-7853-4584 v2