UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JANE DOE 1, et al.,** | § § § | |
| Plaintiffs, | § § | Civil Action No. 6:16-CV-00173-RP-AWA |
| v. | § § | Consolidated with |
| **BAYLOR UNIVERSITY,** | § § | 6:17-CV-228-RP-AWA |
| Defendant. | § § § | 6:17-CV-236-RP-AWA |

### DEFENDANT BAYLOR UNIVERSITY'S ADVISORY TO THE COURT REGARDING PRODUCTION

Baylor files this Advisory pursuant to the Court's Orders dated February 20, 2020 and April 1, 2020. Dkt. 803, 819.

On February 20, 2020, this Court ordered Baylor to "produce all undisputed materials to Plaintiffs no later than April 30, 2020 and to certify to this Court when that production is complete." Dkt. 803. On April 1, 2020, this Court entered an Order addressing the remaining disputes regarding ESI search term and custodians. Dkt. 819. Pursuant to that ruling, Baylor was required to search the ESI custodians using the additional search terms and produce any responsive and non-privileged documents generated by those terms. The Court also ordered that Baylor "produce all responsive materials and privilege logs in response to Plaintiffs' 1st, 2nd, 3rd, and 4th RFPs consistent with the terms of th[e] Order" by the same date, April 30, 2020. (*Id.*)

The purpose of this Advisory is to inform the Court that Baylor will be producing and logging responsive documents to Plaintiffs by the end of today and will file a certification to the Court regarding that production verifying production has been completed by today's date.

Respectfully submitted,

**WEISBART SPRINGER HAYES LLP**
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

By: /s/ Julie A. Springer
    Julie A. Springer
    State Bar of Texas No. 18966770
    jspringer@wshllp.com
    Sara E. Janes
    State Bar of Texas No. 24056551
    sjanes@wshllp.com
    Geoffrey D. Weisbart
    State Bar of Texas No. 21102645
    gweisbart@wshllp.com
    Mia A. Storm
    State Bar of Texas No. 24078121
    mstorm@wshllp.com

**THOMPSON & HORTON LLP**
Lisa A. Brown
State Bar of Texas No. 03151470
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027-7554
713.554.6741
713.583.7934 fax
lbrown@thompsonhorton.com

Holly G. McIntush
State Bar of Texas No. 24065721
400 West 15th Street, Suite 1430
Austin, Texas 78701
512.615.2350
512.682.8860 fax
hmcintush@thompsonhorton.com

**COUNSEL FOR DEFENDANT
BAYLOR UNIVERSITY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served upon all counsel of record on April 30, 2020, via the Court's ECF/CMF electronic service system as follows:

| | |
|---|---|
| Mr. Chad W. Dunn (Attorney in Charge) | *Via ECF: chad@brazilanddunn.com* |
| **BRAZIL & DUNN, L.L.P.** | |
| 4407 Bee Caves Road, Suite 111 | |
| Austin, Texas 78746 | |
| | |
| Mr. K. Scott Brazil | *Via ECF: scott@brazilanddunn.com* |
| **BRAZIL & DUNN, L.L.P.** | |
| 13231 Champion Forest Drive, Suite 460 | |
| Houston, Texas 77069 | |
| | |
| Mr. Jim Dunnam | *Via ECF: jimdunnam@dunnamlaw.com* |
| Ms. Andrea Mehta | *Via ECF: andreamehta@dunnamlaw.com* |
| Ms. Eleeza Johnson | *Via ECF: eleezajohnson@dunnamlaw.com* |
| **DUNNAM & DUNNAM, L.L.P.** | |
| 4125 West Waco Drive | |
| Waco, Texas 76710 | |
| | |
| Ms. Laura Benitez Geisler | *Via ECF: lgeisler@textrial.com* |
| Mr. Sean J. McCaffity | *Via ECF: smccaffity@textrial.com* |
| **SOMMERMAN, MCCAFFITY,** | |
| **  QUESADA & GEISLER, LLP** | |
| 3811 Turtle Creek Boulevard, Suite 1400 | |
| Dallas, Texas  75219-4461 | |

                                        */s/ Julie A. Springer*
                                        Julie A. Springer