IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1 ET. AL. | § | |
| | § | |
| V. | § | 6:16-CV-173-RP-AA |
| | § | *Consolidated with* |
| BAYLOR UNIVERSITY | § | 6:17-CV-228-RP-AA |
| | § | 6:17-CV-236-RP-AA |

**ADVISORY TO THE COURT - NOTICE OF COMPLIANCE**

TO THE HONORABLE ANDREW W. AUSTIN, UNITED SATES MAGISTRATE JUDGE:

COMES NOW, non-party, Brian Nicholson, pursuant to Magistrate Judge Andrew W. Austin's Order of May 26, 2020, (Dkt. 842), and files this Advisory to the Court regarding the responses to Plaintiff's Second Subpoena, (Dkt. 317) and production of documents in accordance with Dkt. 842. Nicholson advises the Court that he has submitted responses in accordance with the Court's order and produced responsive documents in his possession.

Respectfully submitted,

**BEARD KULTGEN BROPHY
BOSTWICK & DICKSON, PLLC**

_____
Dan N. MacLemore
State Bar No. 24037013
maclemore@thetexasfirm.com
Andy McSwain
State Bar No. 13861100
mcswain@thetexasfirm.com
220 South 4th Street
Waco, Texas 76701
Tel (254) 776-5500
Fax (254) 776-3591

**ATTORNEYS FOR BRIAN NICHOLSON**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such to filing to all parties of record.

**DAN N. MACLEMORE**