IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, ET AL. | § | |
| | § | **6:16-CV-173-RP-AA** |
| V. | § | *Consolidated with* |
| | § | **6:17-CV-228-RP-AA** |
| BAYLOR UNIVERSITY | § | **6:17-CV-236-RP-AA** |

## ORDER

Before the Court are non-party Art Briles' Motion for Protective Order (Dkt. 450), Plaintiffs' Response and Motion to Compel (Dkt. 468), and the parties' related response and reply briefs. On November 15, 2019, the Court ordered any third parties with pending discovery motions to file an advisory regarding the status of their disputes. Dkt. 721. On December 2, 2019, Briles filed an advisory with the Court stating that he believes that his Motion to Quash (Dkt. 450) and Plaintiffs' Motion to Compel (Dkt. 468) have been resolved. Dkt. 724. In response to an additional order, Plaintiffs filed their an advisory on January 10, 2020, confirming that Briles had produced responsive materials and that Plaintiffs and Briles were continuing to work together to resolve the issues. Dkt. 778.

In light of the parties' representations that they have resolved their discovery disputes, the Court hereby **DENIES** Briles' Motion for Protective Order (Dkt. 450) and Plaintiffs' Response and Motion to Compel (Dkt. 468) as **MOOT** without prejudice to the issues being reasserted.

SIGNED this 8th day of July, 2020.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE