**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **JANE DOE 1, ET AL.** | § | |
| | § | **6:16-CV-173-RP-AA** |
| **V.** | § | *Consolidated with* |
| | § | **6:17-CV-228-RP-AA** |
| **BAYLOR UNIVERSITY** | § | **6:17-CV-236-RP-AA** |

**ORDER**

Before the Court are Baylor's Opposed Motion to Stay Certain Discovery Pending Appeal of Magistrate Judge Austin's June 2, 2020 Order (Dkt. 857), Plaintiffs' Response (Dkt. 860), and Baylor's Reply (Dkt. 864).

On June 16, 2020, Baylor filed its appeal and objections to the Court's June 2, 2020 Order regarding work product protection for certain Pepper Hamilton materials. Dkt. 855.  In the instant motion, Baylor seeks a stay of the deadline requiring the materials addressed in that order and the creation of a revised privilege log, pending Judge Pitman's ruling on Baylor's appeal of the June 2, 2020 Order.  Dkt. 857.

Given that Baylor's appeal is currently before Judge Pitman for review, the Court **GRANTS** the motion (Dkt. 857), and **ORDERS** that the production of Pepper Hamilton work product documents and production of an updated privilege log as set forth in its June 2, 2020 Order (Dkt. 845) are **HEREBY STAYED** pending Judge Pitman's resolution of Baylor's appeal (Dkt. 855).

SIGNED this 8th day of July, 2020.

_____

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE