IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JANE DOE 1, ET AL.** | § | |
| | § | **6:16-CV-173-RP-AA** |
| **V.** | § | *Consolidated with* |
| | § | **6:17-CV-228-RP-AA** |
| **BAYLOR UNIVERSITY** | § | **6:17-CV-236-RP-AA** |

## ORDER

Before the Court is Baylor's Motion to Compel Plaintiffs to Provide Sufficient Disclosures as Required by Rule 26(a) of the Federal Rules of Civil Procedure. Dkt. 572. Baylor's motion sought to compel disclosure of certain information regarding the witnesses identified in Plaintiffs' initial disclosures, including certain witness contact information and the subject matter of the information allegedly known by certain identified witnesses. Plaintiffs filed a Response informing the Court that Plaintiffs had tendered the requested disclosures to Baylor that day and asserting that Baylor's motion was premature and moot. *See* Dkt. 574; Dkt. 575 (sealed exhibit showing Baylor's receipt of Plaintiff's supplemented disclosures on October 17, 2018). Baylor did not file a reply.

Accordingly, Baylor's Motion to Compel Plaintiffs to Provide Sufficient Disclosures as Required by Rule 26(a) of the Federal Rules of Civil Procedure (Dkt. 572) is **DENIED** as **MOOT**.

SIGNED this 8th day of July, 2020.

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE