UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JANE DOE 1, et al. | § <br> § |
| *Plaintiffs*, | § <br> § |
| vs. | §    Cause No. 6:16-cv-173-RP-AWA <br> § |
| BAYLOR UNIVERSITY | § <br> § |
| *Defendant.* | § <br> § |

**NON-PARTY PHILIP STEWART'S NOTICE OF PRODUCTION OF DOCUMENTS**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE ANDREW W. AUSTIN:

    COMES NOW Non-Party Philip Stewart, by and through undersigned counsel, and represents to the Court that he has produced to Plaintiffs' counsel, by e-mail, the documents required to be produced by the Order found at ECF Document No. 873 while preserving the redactions permitted by that Order.

    Respectfully submitted,

GOODE CASSEB JONES
RIKLIN CHOATE & WATSON, P.C.
2122 North Main Avenue
San Antonio, Texas 78212
Tel: (210) 733-6030
Fax: (210) 733-0330

 /s/ *Kyle C. Watson*
Kyle C. Watson
State Bar No. 20971100
watson@goodelaw.com
Lee Warren
State Bar No. 24099453
warren@goodelaw.com

ATTORNEYS FOR PHILIP STEWART

1

## CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2020, a true and correct copy of the foregoing has been served via CM/ECF on all counsel of record in this matter.

                                                  */s/ Kyle C. Watson*
                                                  Kyle C. Watson