# EXHIBIT A

## Plaintiffs' Preliminary Witness List

*witness included by Baylor for 1 or more Jane Does*              **witness included by Baylor for 10 + Jane Does*

**Plaintiffs' Primary Witnesses** — Witness listed by Plaintiffs' for all Jane Does 1-15

| Witness: | JD 1 | JD 2 | JD 3 | JD 4 | JD 5 | JD 6 | JD 7 | JD 8 | JD 9 | JD 10 | JD 11 | JD 12 | JD 13 | JD 14 | JD 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Alejandro, Juan*** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Bradshaw, Ronald *** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Crawford, Patty**** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Deats, Shelly** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Doak, Jim** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Genous, Lori*** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Holmes, Chris** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Jackson, Kevin**** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Marsh, James**** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **McCraw, Bethany**** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Murdock, David*** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Nicholson, Brian*** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Ramsower, Reagan** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Scott, Martha Lou**** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Stern, Sharon**** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Clements, Jerry K.** | X |  | X | X |  |  |  | X | X | X | X | X | X | X | X |
| **Gray, J. Cary** | X |  | X | X |  |  |  | X | X | X | X | X | X | X | X |
| **Hord, Dan** | X |  | X | X |  |  |  | X | X | X | X | X | X | X | X |
| **Murff, Ronald** | X |  | X | X |  |  | X | X | X | X | X | X | X | X | X |
| **Stewart, Philip W.** | X |  | X | X |  |  |  | X | X | X | X | X | X | X | X |
| **Stone, R. Dary** | X |  | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Willis, Richard** | X |  | X | X |  |  |  | X | X | X | X | X | X | X | X |
| **Whelan, John*** | X | X | X | X |  |  |  | X | X | X | X | X | X | X | X |
| Arterburn, Don | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Bradshaw, Paul | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Davis, Elizabeth | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Davis, Tommye Lou | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Fogleman, Lori | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Garland, David* | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Helpert, Kevin* | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Hill, Tom | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Howell, Brent* | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Jones, Buddy | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Kamperman, Carrolle * | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Leeper, Karla | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Livingstone, Linda | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| McCaw, Ian | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Null, Wesley* | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Patulski, Todd | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Richardson, Ryan | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sloan, Robert | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Trevathan, Edwin | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Allison, Joel T | X | | X | X | | | | X | X | X | X | X | X | X | X |
| Allison, Miles Jay | X | | X | X | | | X | X | X | X | X | X | X | X | X |
| Burchett, Matt* | X | | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Burleson, Blake* | | X | | | | | | X | | | X | | X | | |
| Burleson, Burt | | X | | | | X | | X | | | X | X | | X | X |
| Cooper, Trenia* | | | X | X | | | | X | X | X | X | | | X | X |
| Counseller, Jeremy | X | | X | X | | | | X | X | X | X | X | X | X | X |
| Davis, Molly* | X | | X | X | | | | X | X | X | X | X | X | X | X |
| Elrod, Jennifer Walker | X | | X | X | | | | X | X | X | X | X | X | X | X |
| Gochis, Cheryl | X | X | X | X | | | | X | X | X | X | X | X | X | X |
| Hall, Yoshiko* | X | | X | X | | | | X | X | X | X | X | X | X | X |
| Harper, David | | | | X | | | | | | | | | | | |
| Hernandez, Macarena | | | | | | | | | | | | X | | | |
| Hicks, Brandyn* | X | | X | X | | | | X | X | X | X | X | X | X | X |
| Holgersson, Migdalia* | | | | | | | | X | | | | | | | |
| Hughes, Carolyn* | | | | | | | | | X | X | X | | X | X | |
| Hurd, Mark | X | | X | X | | | | X | X | X | X | X | | X | X |
| Ivy, Becky | X | X | X | X | | | | X | X | X | X | X | X | X | X |
| James, Lee Ann* | | | | | | | | X | X | | | X | | | X |
| Jarrell, Sarah* | | X | | | | | | | X | | X | | | | |
| Knowles, Kandy* | X | | X | X | X | | | X | X | X | X | X | X | X | X |
| Lyons, Gabrielle | | | X | X | | | | X | | X | X | X | | X | X |
| MacMaster, Lisa * | X | | | | | | | | | | | | | | |
| Marsh-Bell, Monique* | X | | X | X | | | | X | X | X | X | X | X | X | X |
| McGregor, F.B. "Bob" Hon. (Ret.)* | | | | | | | | X | | X | X | X | | X | X |
| McPherson, Sarah | X | | X | | | X | | X | | X | X | X | X | X | X |
| McRary, Ian* | | | | | | | | X | | | | | | | |
| Noble, Mike* | | | | | | | | | X | X | X | X | | X | X |
| Priest, Pattilinn | X | X | X | X | | | | X | X | X | X | X | X | X | X |
| Ritter, Sarah Dorrell* | X | X | X | X | | | | X | X | X | X | X | | X | X |
| Sheldon, Kristen | | X | | | | | | | | | | | | | |
| Splane, Sonya* | | | | | | | | | | X | | | | | |
| Starr, Ken | X | X | X | X | | X | | X | X | X | X | X | X | X | X |
| Tucker, Kristen* | | | | | | | | X | X | | X | | | X | X |
| Welch, Doug | X | X | X | X | | | X | X | X | X | X | X | X | X | X |
| Wigtil, Brad** | X | | X | X | | | | X | X | X | X | X | X | X | X |
| Wills, Patrice | X | | | | | | | | | | X | | | | |
| Wood, Emma | X | | X | X | | | | X | X | X | X | X | X | X | X |
| Wooten, Cheryl** | X | | X | X | | | | X | X | X | X | X | X | X | X |
| JD 1 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| JD 10 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| JD 11 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| JD 12 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JD 13 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| JD 14 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| JD 15 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| JD 2 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| JD 3 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| JD 4 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| JD 5 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| JD 6 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| JD 7 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| JD 8 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| JD 9 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Bunting Personnel | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Margolis Healy | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Cozen O'Connor | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Pepper Hamilton Attys et al | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Ketchum Personnel | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Parents | | | | X | | | | | | | | | | | |
| Parents | | | | | | | | | | X | | | | | |
| Friend of Jane Doe 3 | | | X | | | | | | | | | | | | |
| Fulcher, Alexandra* | | | | | | | | | | | X | | | | |
| Friend of Jane Doe 1 | X | | | | | | | | | | | | | | |
| Expert Witnesses | In addition, Plaintiffs anticipate there will be no less than 8 expert witnesses in different subject matter, who testimony will be extensive and | | | | | | | | | | | | | | |
| Individual treating Healthcare Professionals | Numerous Plaintiffs have treating healtcare providers. | | | | | | | | | | | | | | |
| | Deposition testimony will hopefully limit the need for all of the above witnesses. | | | | | | | | | | | | | | |