# EXHIBIT F

| | |
|---|---|
| **Message** | |
| From: | Scott, Martha Lou [/O=BAYLOR UNIVERSITY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MARTHA_LOU_SCOTT] |
| Sent: | 1/16/2014 3:42:36 PM |
| To: | Marsh, James G. [jim_marsh@baylor.edu]; McCraw, Bethany [bethany_mccraw@baylor.edu] |
| Subject: | RE: Title IX Sexual Assault Information |

Jim,

Do you have a specific contact for the SOE? I'll be happy to follow up with them since Bethany is knee deep in meetings this week.

My only hesitation about inviting Joel or Lindsey is that we don't invite other academic advisors. Many of their students come to me because of complications their advisors have created. Bethany, what do you think?

ml

Martha Lou Scott, Ed.D.
Associate Vice President for Student Life
Baylor University
One Bear Place #97066
1st Floor, McLane Student Life Center
Waco, TX  76798-7066
254-710-1761
Fax: 254-710-1766
Martha_Lou_Scott@baylor.edu

**From:** Marsh, James G.
**Sent:** Thursday, January 16, 2014 3:20 PM
**To:** Scott, Martha Lou; McCraw, Bethany
**Subject:** Title IX Sexual Assault Information

I just met with the advisors over in the School of Education to talk about counseling services. As the conversation went, they had several question regarding students who have been sexually assaulted. They do not have any information about reporting requirements and their responsibilities as university personnel. I'm letting the two of you know so that someone can provide them with the correct information they need.

Also, I wonder if someone from that group shouldn't be on the Students of Concern Team. They advise students that may not have contact with anyone else. This is Joel Porter and Lindsey Freed's area.

-Jim

Jim Marsh, Ph.D.
Director for Counseling Services
Baylor University
One Bear Place #97060
Waco, TX  76798
(phone) 254-710-2467
(fax) 254-710-2460


CONFIDENTIALITY NOTICE: This electronic email, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you received this electronic email and are not the intended recipient, please contact the sender by phone or by electronic email reply and destroy all copies of the original message.