# EXHIBIT G

| | |
|---|---|
| **From:** | McCraw, Bethany |
| **Sent:** | Monday, September 22, 2014 12:42 PM |
| **To:** | Jones, William S; Lee, Johanna L; Miller, Kristyn K; Thomas, Daniel S; Reynolds, Conner |
| **Cc:** | Baldwin, Jane; Murdock, David A. |
| **Subject:** | 2014-2015 Student Conduct Board Training |
| **Attachments:** | 2014-2015 Student Conduct Board Members.pdf |

Dear Student Conduct Board Representatives,

As you hopefully know by now, the Student Body President, Dominic Edwards, has appointed you to represent the student body on the **University's 2014-2015 Student Conduct Board**. Thank you for agreeing to assist the University by serving on this Board. You will be serving alongside faculty representatives from each college and school at the University.

The Student Conduct Board Chair, Dr. Jane Baldwin, and I will be conducting training sessions **for new Board members**. If you attended a training session this past year, you are not required to attend. All members will receive a copy of the Student Conduct Board manual. We will mail copies to members who will not be attending the training.

We are providing two different training dates for the new Board members – you need only to attend one. The dates, times, and locations are listed below.

   **Student Conduct Board Training Sessions (members need only attend one):**

   1. **Tuesday, September 30, 2014 at 4:15 p.m.**

   2. **Wednesday, October 1, 2014 at 4:15 p.m.**

   **Location:** **Training sessions will be held in the Student Conduct Administration suite 270 in the Clifton Robinson Tower.** *If parking spaces in front of the tower are limited, there is additional parking on top of the parking garage in the back lot. There is also a back door entrance into the tower.*

Attached is a copy of this year's Student Conduct Board members.

Please let me know if you have any questions and thank you again for your service on this Board.

Best Regards,

***Bethany J. McCraw***
***Associate Dean for Student Conduct Administration***
Academic Integrity | Judicial Affairs
Baylor University | Clifton Robinson Tower Suite 270
Office: 254-710-1715
Fax: 254-710-2562
Bethany_McCraw@baylor.edu



**CONFIDENTIALITY NOTICE:** This electronic email, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information and is solely for official Baylor University use. Any unauthorized review, use, disclosure, or distribution of this communication other than

for Baylor University use is strictly prohibited. If you received this electronic email and are not the intended recipient, please contact the sender by phone or by electronic email reply and destroy all copies of the original message.

PH2_0043310

```
"Service","Direction","Type","Date","Contacts","Duration (HH:MM:SS)","Status"

"FaceTime","Incoming","Audio","2014-11-22 17:17:36 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"iPhone","Outgoing","Phone","2014-11-22 22:01:31 (UTC)","Mom","00:00:00","Cancelled"

"FaceTime","Incoming","Video","2014-11-23 21:04:17 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"FaceTime","Incoming","Video","2014-11-23 21:05:05 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"FaceTime","Incoming","Video","2014-11-25 20:05:29 (UTC)","Ben Crawford ( (765) 977-
2999 )","00:00:00","Missed"

"iPhone","Incoming","Phone","2014-11-27 19:30:18 (UTC)","Frankie James ( (781) 281-6864
)","00:00:00","Missed"

"iPhone","Incoming","Phone","2014-11-28 02:14:35 (UTC)","Mom ( (330) 340-1067
)","00:00:00",""

"iPhone","Incoming","Phone","2014-11-28 15:11:54 (UTC)","(765) 969-0093","00:00:00",""

"iPhone","Incoming","Phone","2014-11-28 15:16:40 (UTC)","Mom ( (330) 340-1067
)","00:00:00",""

"FaceTime","Incoming","Audio","2014-11-29 18:02:08 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"iPhone","Incoming","Phone","2014-11-29 18:02:49 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"iPhone","Incoming","Phone","2014-11-30 21:44:23 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"iPhone","Incoming","Phone","2014-11-30 23:26:56 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"iPhone","Incoming","Phone","2014-12-01 00:26:15 (UTC)","Annie Corulli ( (210) 823-0241
)","00:00:00","Missed"

"FaceTime","Outgoing","Video","2014-12-01 23:24:30 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Cancelled"

"FaceTime","Incoming","Video","2014-12-02 01:57:39 (UTC)","Annie Corulli ( (210) 823-
0241 )","00:00:00","Missed"

"FaceTime","Incoming","Video","2014-12-02 02:25:11 (UTC)","Mom ( (330) 340-1067
)","00:03:10",""

"iPhone","Incoming","Phone","2014-12-05 21:40:37 (UTC)","(254) 709-9761","00:00:00",""

"iPhone","Incoming","Phone","2014-12-05 21:40:53 (UTC)","(254) 709-
9761","00:00:00","Missed"

"iPhone","Incoming","Phone","2014-12-06 03:42:10 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"FaceTime","Incoming","Audio","2014-12-08 01:58:43 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"FaceTime","Incoming","Audio","2014-12-08 01:58:52 (UTC)","Mom ( (330) 340-1067
)","00:00:00",""

"FaceTime","Incoming","Video","2014-12-08 01:59:54 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"iPhone","Incoming","Phone","2014-12-09 01:48:28 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"iPhone","Incoming","Phone","2014-12-14 15:21:54 (UTC)","Mom ( (330) 340-1067
)","00:00:00",""
```

```
"FaceTime","Incoming","Video","2014-12-14 16:26:05 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"FaceTime","Incoming","Video","2014-12-16 01:06:21 (UTC)","Mom ( (330) 340-1067
)","00:00:00",""

"iPhone","Incoming","Phone","2014-12-19 02:36:44 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"FaceTime","Outgoing","Video","2014-12-22 01:43:12 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Cancelled"

"FaceTime","Outgoing","Video","2014-12-22 01:44:13 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Cancelled"

"iPhone","Incoming","Phone","2014-12-22 03:21:49 (UTC)","Mom ( (330) 340-1067
)","00:00:00",""

"iPhone","Incoming","Phone","2014-12-23 17:02:08 (UTC)","(254) 399-
0739","00:00:00","Missed"

"FaceTime","Outgoing","Video","2014-12-30 19:31:02 (UTC)","Mom ( (330) 340-1067
)","00:22:11",""

"iPhone","Incoming","Phone","2014-12-31 00:21:10 (UTC)","Annie Corulli ( (210) 823-0241
)","00:00:00","Missed"

"iPhone","Incoming","Phone","2014-12-31 00:25:01 (UTC)","Annie Corulli ( (210) 823-0241
)","00:00:00","Missed"

"FaceTime","Outgoing","Video","2014-12-31 20:45:18 (UTC)","Mom ( (330) 340-1067
)","00:25:19",""

"FaceTime","Outgoing","Video","2014-12-31 21:10:44 (UTC)","Mom ( (330) 340-1067
)","00:25:06",""

"iPhone","Incoming","Phone","2015-01-06 18:31:21 (UTC)","(309) 370-
5911","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-01-12 01:09:39 (UTC)","Mom ( (330) 340-1067
)","00:00:10",""

"iPhone","Incoming","Phone","2015-01-12 01:09:39 (UTC)","Mom ( (330) 340-1067
)","00:00:10",""

"FaceTime","Outgoing","Video","2015-01-13 02:06:07 (UTC)","Mom ( (330) 340-1067
)","00:08:08",""

"FaceTime","Outgoing","Video","2015-01-13 02:14:46 (UTC)","Mom ( (330) 340-1067
)","00:07:35",""

"FaceTime","Outgoing","Video","2015-01-23 00:46:47 (UTC)","Mom ( (330) 340-1067
)","00:40:39",""

"iPhone","Incoming","Phone","2015-01-23 23:12:43 (UTC)","Ben Crawford ( (765) 977-2999
)","00:00:00","Missed"

"FaceTime","Outgoing","Video","2015-01-25 16:21:51 (UTC)","Mom ( (330) 340-1067
)","00:19:24",""

"iPhone","Incoming","Phone","2015-02-11 16:06:59 (UTC)","Julie James ( (617) 275-9256
)","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-02-12 17:19:16 (UTC)","(254) 710-
2467","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-02-13 17:51:37 (UTC)","(210) 687-3756","00:00:00",""

"iPhone","Incoming","Phone","2015-04-21 20:26:41 (UTC)","(254) 300-
4810","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-04-21 21:03:22 (UTC)","(254) 300-
4810","00:00:00","Missed"
```

"iPhone","Incoming","Phone","2015-05-13 14:52:37 (UTC)","(254) 640-2791","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-05-13 18:48:55 (UTC)","(254) 640-2791","00:00:00","Missed"

"FaceTime","Incoming","Video","2015-05-16 16:00:59 (UTC)","Laura Kellerman ( (214) 477-1476 )","00:00:00","Missed"

"FaceTime","Incoming","Video","2015-05-16 16:01:15 (UTC)","Laura Kellerman ( (214) 477-1476 )","00:00:00","Missed"

"FaceTime","Incoming","Video","2015-05-16 16:55:58 (UTC)","Laura Kellerman ( (214) 477-1476 )","00:00:00",""

"FaceTime","Outgoing","Video","2015-05-16 17:00:58 (UTC)","Laura Kellerman ( (214) 477-1476 )","00:00:00","Cancelled"

"iPhone","Incoming","Phone","2015-05-18 19:22:07 (UTC)","Ben Crawford ( (765) 977-2999 )","00:00:00","Missed"

"FaceTime","Outgoing","Video","2015-05-25 16:26:25 (UTC)","Mom ( (330) 340-1067 )","00:27:29",""

"FaceTime","Outgoing","Video","2015-05-25 16:54:19 (UTC)","Ben Crawford ( (765) 977-2999 )","00:00:00","Cancelled"

"FaceTime","Outgoing","Video","2015-05-25 16:54:45 (UTC)","Mom ( (330) 340-1067 )","00:07:38",""

"iPhone","Incoming","Phone","2015-06-09 16:08:01 (UTC)","(515) 979-1493","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-06-09 17:08:33 (UTC)","Mom ( (330) 340-1067 )","00:15:07",""

"FaceTime","Outgoing","Video","2015-06-10 23:30:44 (UTC)","Mom ( (330) 340-1067 )","00:03:15",""

"FaceTime","Outgoing","Video","2015-06-10 23:34:37 (UTC)","Mom ( (330) 340-1067 )","00:03:50",""

"FaceTime","Outgoing","Video","2015-06-10 23:41:53 (UTC)","Mom ( (330) 340-1067 )","00:07:26",""

"FaceTime","Outgoing","Video","2015-06-11 00:19:23 (UTC)","Mom ( (330) 340-1067 )","00:00:00","Cancelled"

"FaceTime","Outgoing","Video","2015-06-11 00:19:53 (UTC)","Ben Crawford ( (765) 977-2999 )","00:00:00","Cancelled"

"FaceTime","Outgoing","Video","2015-06-11 00:20:14 (UTC)","Ben Crawford ( (765) 977-2999 )","00:00:00","Cancelled"

"FaceTime","Outgoing","Video","2015-06-11 00:21:04 (UTC)","Annie Corulli ( (210) 823-0241 )","00:00:41",""

"FaceTime","Incoming","Video","2015-06-11 00:37:14 (UTC)","Mom ( (330) 340-1067 )","00:00:00","Missed"

"FaceTime","Incoming","Video","2015-06-11 00:37:42 (UTC)","Mom ( (330) 340-1067 )","00:00:02",""

"FaceTime","Incoming","Video","2015-06-11 00:37:53 (UTC)","Mom ( (330) 340-1067 )","00:02:24",""

"iPhone","Incoming","Phone","2015-06-13 16:05:26 (UTC)","(469) 544-3836","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-06-13 16:57:08 (UTC)","(469) 544-3836","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-06-14 23:37:04 (UTC)","(469) 544-3836","00:00:00","Missed"

```
"iPhone","Incoming","Phone","2015-07-12 13:37:48 (UTC)","(443) 344-
0386","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-07-15 23:43:34 (UTC)","Chris  Holmes ( (254) 749-5091
)","00:00:00","Missed"

"FaceTime","Outgoing","Video","2015-07-31 00:17:28 (UTC)","Mom ( (330) 340-1067
)","00:05:26",""

"iPhone","Incoming","Phone","2015-07-31 00:22:36 (UTC)","(254) 662-
9117","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-07-31 01:19:15 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-07-31 21:47:17 (UTC)","(254) 662-
9117","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-07-31 23:40:12 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"FaceTime","Outgoing","Video","2015-08-01 14:14:49 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Cancelled"

"FaceTime","Outgoing","Video","2015-08-01 14:15:06 (UTC)","Mom ( (330) 340-1067
)","00:17:21",""

"FaceTime","Outgoing","Video","2015-08-02 19:10:02 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Cancelled"

"iPhone","Outgoing","Phone","2015-08-02 19:10:22 (UTC)","Mom ( (330) 340-1067
)","00:00:27",""

"FaceTime","Outgoing","Video","2015-08-02 19:11:29 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Cancelled"

"FaceTime","Incoming","Video","2015-08-02 19:20:32 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-08-02 19:21:12 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Missed"

"iPhone","Outgoing","Phone","2015-08-04 01:37:26 (UTC)","Ben Crawford ( (765) 977-2999
)","00:00:00","Cancelled"

"iPhone","Outgoing","Phone","2015-08-04 01:37:26 (UTC)","Ben Crawford ( (765) 977-2999
)","00:00:00","Cancelled"

"FaceTime","Outgoing","Video","2015-08-04 01:38:15 (UTC)","Ben Crawford ( (765) 977-
2999 )","00:00:00","Cancelled"

"FaceTime","Outgoing","Video","2015-08-04 01:38:32 (UTC)","Ben Crawford ( (765) 977-
2999 )","00:22:42",""

"iPhone","Outgoing","Phone","2015-08-05 22:14:44 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Cancelled"

"iPhone","Outgoing","Phone","2015-08-05 22:14:44 (UTC)","Mom ( (330) 340-1067
)","00:00:00","Cancelled"

"FaceTime","Outgoing","Video","2015-08-05 22:15:24 (UTC)","Mom ( (330) 340-1067
)","00:17:28",""

"FaceTime","Outgoing","Video","2015-08-08 13:57:03 (UTC)","Mom ( (330) 340-1067
)","01:22:15",""

"iPhone","Incoming","Phone","2015-08-10 00:58:06 (UTC)","Mom ( (330) 340-1067
)","00:00:00",""

"iPhone","Incoming","Phone","2015-08-11 01:02:25 (UTC)","Mom ( (330) 340-1067
)","00:00:00",""

"iPhone","Incoming","Phone","2015-08-11 01:04:28 (UTC)","Mom ( (330) 340-1067
)","00:00:01",""
```

```
"FaceTime","Outgoing","Video","2015-08-11 01:04:48 (UTC)","Mom ( (330) 340-1067 )","00:16:13",""

"iPhone","Incoming","Phone","2015-08-16 22:54:43 (UTC)","Juam Alejandro ( (254) 652-0325 )","00:00:00","Missed"

"iPhone","Outgoing","Phone","2015-09-05 14:03:34 (UTC)","Mom ( (330) 340-1067 )","00:00:01",""

"FaceTime","Outgoing","Video","2015-09-05 14:03:55 (UTC)","Mom ( (330) 340-1067 )","01:02:58",""

"iPhone","Incoming","Phone","2015-09-06 17:12:44 (UTC)","Tiffany Lowe ( (254) 709-9781 )","00:00:00",""

"iPhone","Incoming","Phone","2015-09-06 21:20:22 (UTC)","Mom ( (330) 340-1067 )","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-09-06 22:27:37 (UTC)","(254) 662-9117","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-09-07 18:48:11 (UTC)","(214) 333-8162","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-09-07 19:21:44 (UTC)","Mom ( (330) 340-1067 )","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-09-07 19:22:25 (UTC)","Mom ( (330) 340-1067 )","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-09-07 20:02:52 (UTC)","Mom ( (330) 340-1067 )","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-09-08 15:07:11 (UTC)","Juam Alejandro ( (254) 652-0325 )","00:00:00",""

"iPhone","Incoming","Phone","2015-09-10 00:15:00 (UTC)","Mom ( (330) 340-1067 )","00:00:00","Missed"

"iPhone","Outgoing","Phone","2015-09-10 21:25:48 (UTC)","Mom ( (330) 340-1067 )","00:00:00","Cancelled"

"iPhone","Outgoing","Phone","2015-09-10 21:25:48 (UTC)","Mom ( (330) 340-1067 )","00:00:00","Cancelled"

"iPhone","Outgoing","Phone","2015-09-10 21:26:12 (UTC)","Mom ( (330) 340-1067 )","00:00:00","Cancelled"

"iPhone","Outgoing","Phone","2015-09-10 21:27:39 (UTC)","Mom ( (330) 340-1067 )","00:00:00","Cancelled"

"iPhone","Outgoing","Phone","2015-09-10 21:28:33 (UTC)","Mom","00:00:00","Cancelled"

"iPhone","Outgoing","Phone","2015-09-10 21:28:33 (UTC)","Mom","00:00:00","Cancelled"

"FaceTime","Outgoing","Video","2015-09-10 21:29:02 (UTC)","Mom ( (330) 340-1067 )","01:18:37",""

"iPhone","Incoming","Phone","2015-09-11 23:37:50 (UTC)","(254) 710-7679","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-09-17 12:04:54 (UTC)","(254) 598-8983","00:00:00","Missed"

"iPhone","Incoming","Phone","2015-09-17 23:53:39 (UTC)","(254) 598-8983","00:00:00","Missed"
```