IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al*, | § § | |
| Plaintiffs, | § § | Civil Action No. 6:16-CV-00173-RP-AWA |
| v. | § § § | *Consolidated with* 6:17-CV-228-RP-AWA |
| BAYLOR UNIVERSITY, | § § | 6:17-CV-236-RP-AWA |
| Defendant. | § § | |

**AGREEMENT BETWEEN PLAINTIFFS AND
KEN STARR REGARDING STARR'S ABILITY TO
DESIGNATE MATERIAL AS CONFIDENTIAL**

Plaintiffs issued a subpoena to Ken Starr (hereinafter "Starr"). Counsel for Plaintiffs and Starr have held several conferences to work through issues related to the subpoena. In the interest of trying to avoid or limit any issues that might need involvement by the Court, the parties have reached the agreement below, preliminary and without prejudice to Plaintiffs, Baylor, or Starr seeking to adjust the terms herein.

1. Starr has indicated that he holds documents responsive to the subpoena that he wishes to designate as "Confidential", including some for reasons other than those provided in the Protective Orders entered by the Court (Dkts. 8, 155, 156).

2. So as to not trouble the Court with this issue at the present time, without prejudice to anyone's rights, Plaintiffs, Baylor, and Starr agree for Starr to produce materials he believes should be subject to protection, marking those materials as "Confidential" or as "Attorneys Eyes Only," as deemed appropriate.

3. If any party chooses to challenge these designations, they agree to use the procedure established in the Confidentiality and Protective Order (Section 12 of Dkt. 156).

4. Because this accommodation is being made solely to avoid troubling the Court with this matter at the present time, this Agreement shall not be considered a waiver of either side's position regarding what is and what is not subject to protection and designation by Starr in this case.

By signature below, counsel for Plaintiffs, Baylor, and Starr agree to the foregoing.

        Respectfully submitted,

**SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, L.L.P.**

*/s/ Laura Benitez Geisler*
Laura Benitez Geisler
State Bar No. 24001722
Sean J. McCaffity
State Bar No. 24013122
Jody L. Rodenberg
State Bar No. 24073133
Alexandria Risinger
State Bar No. 24095215
3811 Turtle Creek Blvd, Suite 1400
Dallas, Texas 75219
Telephone: 214-720-0270
Fax: 214-720-0184
Email: lgeisler@textrial.com
Email: smccaffity@textrial.com
Email: jrodenberg@textrial.com
Email: arisinger@textrial.com

**BRAZIL & DUNN, L.L.P.**
Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas 77068
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
chad@brazilanddunn.com

**AND**

**DUNNAM & DUNNAM, L.L.P.**

Jim Dunnam
State Bar No. 06258010
4125 West Waco Drive
Waco, Texas 76710
Telephone: (254) 753-6437
Facsimile: (254) 753-7434
jimdunnam@dunnamlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**THOMPSON & HORTON, L.L.P.**

*/s/ Lisa A. Brown*
Ms. Lisa A. Brown
Thompson & Horton L.L.P.
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
Telephone: (713) 554-6741
lbrown@thompsonhorton.com

**ATTORNEYS FOR BAYLOR UNIVERSITY**

**THE LANIER LAW FIRM, P.C.**

*/s/ Harvey Brown*
W. Mark Lanier
Mark.Lanier@LanierLawFirm.com
Harvey G. Brown
Harvey.Brown@LanierLawFirm.com
Benjamin T. Major
Ben.Major@LanierLawFirm.com
10940 W. Sam Houston Parkway N., Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Fax: (713) 659-2204

**ATTORNEYS FOR KEN STARR**