IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 6:16-CV-00173-RP-AWA |
| | § | |
| BAYLOR UNIVERSITY, | § | Consolidated with |
| Defendant. | § | 6:17-CV-228-RP-AWA |
| | § | 6:17-CV-236-RP-AWA |

## PLAINTIFFS' AND DEFENDANT'S JOINT ADVISORY AS TO ECF 929

TO THE HONORABLE JUDGE OF THIS COURT:

In response to the Court's inquiry in ECF 929, the parties conferred, but were unable to reach an agreement.

Plaintiffs' position is as follows:

- There are 2,500 documents dated prior to June 15, 2016, that are responsive to requests for production and that Baylor did not produce prior to the UnitedLex audit; and

- There are 5,569 documents dated prior to June 15, 2016, that are responsive to requests for production and that Baylor claims are privileged, but Baylor did not log prior to the UnitedLex audit.

Defendant's position is as follows:

- There are 1,114 documents dated prior to June 15, 2016, that are responsive to requests for production and that Baylor may not have produced prior to the UnitedLex audit ; and

- There are 857 documents dated prior to June 15, 2016, that are responsive to requests for production and that Baylor claims are privileged, but Baylor may not have logged prior to the UnitedLex audit.

The parties understand from ECF 929 that the Court does not desire additional briefing. The parties are ready and willing to submit an explanation for how the parties arrived at their respective document numbers.

Respectfully submitted,

**COUNSEL FOR DEFENDANT BAYLOR UNIVERSITY:**

**THOMPSON & HORTON LLP**

/s/ Lisa A. Brown
Lisa A. Brown
State Bar of Texas No. 03151470
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
(713) 554-6741
lbrown@thompsonhorton.com

Holly G. McIntush
State Bar of Texas No. 24065721
8300 N. MoPac Expressway, Suite 220
Austin, Texas 78759
(512) 615-2351 (telephone)
(512) 682-8860
hmcintush@thompsonhorton.com

**WEISBART SPRINGER HAYES LLP**

Julie A. Springer
State Bar of Texas No. 18966770
jspringer@wshllp.com
Sara E. Janes
State Bar of Texas No. 24056551
sjanes@wshllp.com
Geoffrey D. Weisbart
State Bar of Texas No. 21102645
gweisbart@wshllp.com
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

2

**COUNSEL FOR PLAINTIFFS:**

**DUNNAM & DUNNAM, L.L.P.**

/s/ Jim Dunnam
Jim Dunnam
State Bar No. 06258010
jimdunnam@dunnamlaw.com
Eleeza Johnson
State Bar No. 24058690
eleezajohnson@dunnamlaw.com
Andrea Mehta
State Bar No. 24078992
andreamehta@dunnamlaw.com
4125 West Waco Drive
Waco, Texas 76710
Telephone: (254) 753-6437
Facsimile: (254) 753-7434

**BRAZIL & DUNN, L.L.P.**

Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
3303 Northland Drive, Suite 205
Austin, Texas 78731
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing advisory was served upon all counsel of record on April 7, 2021, via the Court's ECF/CMF electronic service system as follows:

| | |
|---|---|
| Mr. Chad W. Dunn (Attorney in Charge) | *Via ECF: chad@brazilanddunn.com* |
| **BRAZIL & DUNN, L.L.P.** | |
| 4407 Bee Caves Road, Suite 111 | |
| Austin, Texas 78746 | |

| | |
|---|---|
| Mr. K. Scott Brazil | *Via ECF: scott@brazilanddunn.com* |
| **BRAZIL & DUNN, L.L.P.** | |
| 13231 Champion Forest Drive, Suite 460 | |
| Houston, Texas 77069 | |

| | |
|---|---|
| Mr. Jim Dunnam | *Via ECF: jimdunnam@dunnamlaw.com* |
| Ms. Andrea Mehta | *Via ECF: andreamehta@dunnamlaw.com* |
| Ms. Eleeza Johnson | *Via ECF: eleezajohnson@dunnamlaw.com* |
| **DUNNAM & DUNNAM, L.L.P.** | |
| 4125 West Waco Drive | |
| Waco, Texas 76710 | |

| | |
|---|---|
| Ms. Laura Benitez Geisler | *Via ECF: lgeisler@textrial.com* |
| Mr. Sean J. McCaffity | *Via ECF: smccaffity@textrial.com* |
| Jody L. Rodenberg | *Via ECF: jrodenberg@textrial.com* |
| Alexandria Risinger | *Via ECF: arisinger@textrial.com* |
| George (Tex) Quesada | *Via ECF: quesada@textrial.com* |
| **SOMMERMAN, MCCAFFITY,** | |
|  **QUESADA & GEISLER, LLP** | |
| 3811 Turtle Creek Boulevard, Suite 1400 | |
| Dallas, Texas  75219-4461 | |

/s/ Lisa A. Brown
Lisa A. Brown