IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 6:16-CV-00173-RP-AWA |
| | § | |
| | § | |
| BAYLOR UNIVERSITY, | § | Consolidated with |
| Defendant. | § | 6:17-CV-228-RP-AWA |
| | § | 6:17-CV-236-RP-AWA |
| | § | |

## DEFENDANT'S OBJECTION TO ECF 929

TO THE HONORABLE JUDGE ANDREW AUSTIN:

In ECF 929, the Court ordered the parties to file a joint stipulation with the number of documents dated prior to June 15, 2016, that are responsive to requests for production and that Baylor did not produce or log prior to the UnitedLex audit, and to do so without any argument or explanations. Baylor understands the Court's instruction and has done its best to comply. However, responding to the Court's question requires context. While it is reluctant to do so, Baylor respectfully objects to being required to provide these numbers without any explanation as to why Baylor is able to stipulate only to the number of documents that *may* not have been previously produced or logged.

Respectfully submitted,

THOMPSON & HORTON LLP

/s/ Lisa A. Brown
Lisa A. Brown
State Bar of Texas No. 03151470
Ryan H. Newman
State Bar of Texas No. 24059944
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
(713) 554-6741
lbrown@thompsonhorton.com

Holly G. McIntush
State Bar of Texas No. 24065721
8300 N. MoPac Expressway, Suite 220
Austin, Texas 78759
(512) 615-2351 (telephone)
(512) 682-8860
hmcintush@thompsonhorton.com

**WEISBART SPRINGER HAYES LLP**

Julie A. Springer
State Bar of Texas No. 18966770
jspringer@wshllp.com
Sara E. Janes
State Bar of Texas No. 24056551
sjanes@wshllp.com
Geoffrey D. Weisbart
State Bar of Texas No. 21102645
gweisbart@wshllp.com
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

**COUNSEL FOR DEFENDANT
BAYLOR UNIVERSITY:**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing advisory was served upon all counsel of record on April 7, 2021, via the Court's ECF/CMF electronic service system as follows:

Mr. Chad W. Dunn (Attorney in Charge)     *Via ECF: chad@brazilanddunn.com*
**BRAZIL & DUNN, L.L.P.**
4407 Bee Caves Road, Suite 111
Austin, Texas 78746

Mr. K. Scott Brazil     *Via ECF: scott@brazilanddunn.com*
**BRAZIL & DUNN, L.L.P.**
13231 Champion Forest Drive, Suite 460
Houston, Texas 77069

Mr. Jim Dunnam     *Via ECF: jimdunnam@dunnamlaw.com*
Ms. Andrea Mehta     *Via ECF: andreamehta@dunnamlaw.com*
Ms. Eleeza Johnson     *Via ECF: eleezajohnson@dunnamlaw.com*
**DUNNAM & DUNNAM, L.L.P.**
4125 West Waco Drive
Waco, Texas 76710

Ms. Laura Benitez Geisler     *Via ECF: lgeisler@textrial.com*
Mr. Sean J. McCaffity     *Via ECF: smccaffity@textrial.com*
Jody L. Rodenberg     *Via ECF: jrodenberg@textrial.com*
Alexandria Risinger     *Via ECF: arisinger@textrial.com*
George (Tex) Quesada     *Via ECF: quesada@textrial.com*
**SOMMERMAN, MCCAFFITY,**
 **QUESADA & GEISLER, LLP**
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas  75219-4461

            /s/ Lisa A. Brown
            Lisa A. Brown