# EXHIBIT A

| ULEX Determination | # of Docs | Baylor's Accounting Log Explanation | Workspace |
|---|---|---|---|
| No Comparison File Provided | 8,257 | 18 NA | Rel Rest 1 = 513 |
| | | 3,326 Newly Logged | R |
| | | 2,793 Newly Produced | R |
| | | 1,126 Non-Responsive | W |
| | | 250 Previously Logged | |
| | | 743 Previously Produced | |
| | | 1 Withheld by Agreement | |
| Variance | 3,872 | 1 Newly Logged | Rel Rest 1 = 80 |
| | | 50 Non-Responsive (Post 6/15/16 NCAA) | Rel Rest 3 = 81 |
| | | 3,300 Previously Logged | Wksp 4 = 3,711 |
| | | 511 Previously Produced | |
| | | 10 Withheld by Agreement | |

3,327 Newly Logged & 2,793 Newly Produced - Numbers according to Baylor's Accounting Log.

| ULEX Determination | # of Docs | Baylor's Produced Logged Column Filter #'s | | Baylor's Explanation Column Post / Pre June 15, 2016 | |
|---|---|---|---|---|---|
| No Comparison File Provided | 8,257 | 18 | NA System Gen File | NA | |
| | | 3,326 | Newly Logged | 1,308 | post 6.15.16 |
| | | | | 2,018 | pre 6.15.16 |
| | | 2,793 | Newly Produced | 1,547 | post 6.15.16 |
| | | | | 1,246 | pre 6.15.16 |
| | | 1,126 | Non Responsive | 600 | post 6.15.16 |
| | | 250 | Previously Logged | 250 | pre 6.15.16 |
| | | 743 | Previously Produced | 743 | pre 6.15.16 |
| | | 1 | Withheld by Agreement | NA | |
| Variance | 3,872 | 50 | Non Responsive | 50 | post 6.15.16 |
| | | 1 | Newly Logged | 1 | pre 6.15.16 |
| | | 3,300 | Previously Logged | 3,300 | pre 6.15.16 |
| | | 511 | Previously Produced | 511 | pre 6.15.16 |
| | | 10 | Withheld by Agreement | NA | |

Responsive Pre 6.15.16 not matched / not produced = (1246+743+511) 2,500

Responsive Pre 6.15.16 not matched / not logged = (2018+250+1+3300) 5569

| | Produced/Logged | Explanation | ULX Disposition | |
|---|---|---|---|---|
| | Previously Produced | | Variance | |
| | Previously Produced | | Variance | |
| | Previously Produced | | Substantive M | |
| | Previously Produced | | Substantive M | |
| | Previously Produced | | Substantive M | |
| | Previously Produced | | Substantive M | |
| | Previously Produced | | Substantive M | |
| | Previously Produced | | Substantive M | |
| | Previously Produced | | Substantive M | |
| | Previously Produced | | Substantive M | |
| | N/A | | Technical | |
| | N/A | | Technical | |
| | N/A | | Technical | |
| | N/A | | Technical | |
| | N/A | | Technical | |
| | N/A | | Technical | |
| | N/A | | Technical | |
| | N/A | | Technical | |

Sort A to Z

Sort Z to A

Sort by Color

Sheet View

Clear Filter From "ULX Disposition"

Filter by Color

Text Filters

Search

- ☑ (Select All)
- ☑ Exact Match
- ☑ No Comparison File Provided
- ☑ Substantive Match
- ☑ Technical
- ☑ Variance

| Match End Bates ▾ | Produced/Logged ▾ | Explanation ▾ | ULX Disposition |
|---|---|---|---|
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | Variance |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | Variance |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |
| | | | No Comparison File Provided |

Filter menu (overlaid):

- Sort A to Z
- Sort Z to A
- Sort by Color ▸
- Sheet View ▸
- Clear Filter From "Produced/Logged"
- Filter by Color ▸
- Text Filters ▸
- Search 🔍
  - ■ (Select All)
  - ☐ N/A
  - ☑ Newly Logged
  - ☑ Newly Produced
  - ☐ Non-responsive
  - ☑ Previously Logged
  - ☑ Previously Produced
  - ☐ Withheld Per Agreement

| ULEX Determination | # of Docs | Baylor's Produced Logged Column Filter #'s |
|---|---|---|
| No Comparison File Provided | 8,257 | 18        NA System Gen File |
| | | 3,326  Newly Logged |
| | | 2,793  Newly Produced |
| | | 1,126  Non Responsive |
| | | 250        Previously Logged |
| | | 743        Previously Produced |
| | | 1        Withheld by Agreement |
| Variance | 3,872 | 50        Non Responsive |
| | | 1        Newly Logged |
| | | 3,300  Previously Logged |
| | | 511        Previously Produced |
| | | 10        Withheld by Agreement |

| ULEX Determination | # of Docs | Baylor's Produced Logged Column Filter #'s | Baylor's Explanation Column Post / Pre June 15, 2016 | Baylor's Explanation Column |
|---|---|---|---|---|
| No Comparison File Provided | 8,257 | 18 NA System Gen File | NA | |
| | | 3,326 Newly Logged | 1,308 post 6.15.16 | 1,308 post 6.15.16 |
| | | | 2,018 pre 6.15.16 | 690 Binder Prepared Post 6.15.16 |
| | | | | 12 More inclusive thread logged |
| | | | | 2 more inclusive thread previously logged |
| | | | | 18 previously logged |
| | | | | 177 previously logged as portion of a binder |
| | | | | 1 Cannot locate in files transferred from PH |
| | | | | 1 attachment doesn't have a bates in Cozen |
| | | | | 1 needs to be produced with attachment |
| | | | | 1 no separate bates on this attachment |
| | | | | 1 less inclusive email previously logged |
| | | | | 1114 no explanation |
| | | 2,793 Newly Produced | 1,547 post 6.15.16 | 1532 post 6.15.16 |
| | | | | 15 post 6.15.16 redaction of info related to different client |
| | | | 1,246 pre 6.15.16 | 1 Admin email btwn Pepper and Baylor OGC |
| | | | | 2 Binder cover for docs prev. logged or produced |
| | | | | 73 Binder prep'd post 6.15.16, containing file prev. produced |
| | | | | 9 mistakenly logged, newly produced |
| | | | | 3 Prep'd post 6.15.16 JA file produced & placed in binder. |
| | | | | 18 Prepared post 6.15.16; JA file previously produced |
| | | | | 1 previously produced |
| | | | | 11 redacted for privilege |
| | | | | 1 first page previously produced |
| | | | | 2 unable to read |
| | | | | 1125 no explanation |
| | | 1,126 Non Responsive | 600 post 6.15.16 | 600 non-responsive |
| | | | 526 pre 6.15.16 | 526 non responsive |
| | | 250 Previously Logged | 250 pre 6.15.16 | 242 prev logged bates provided |
| | | | | 2 more inclusive thread previously logged |
| | | | | 2 Binder cont. prev. produced Judicial Affairs & TIX file |
| | | | | 4 no explanation but see hard copy index |
| | | 743 Previously Produced | 743 pre 6.15.16 | 47 provide bates #'s |
| | | | | 4 more inclusive email logged |
| | | | | 692 no explanation |
| | | 1 Withheld by Agreement | NA | NA |
| Variance | 3,872 | 50 Non Resposive | 50 post 6.15.16 | 50 post 6.15.16 NCAA |
| | | 1 Newly Logged | 1 pre 6.15.16 | 1 no explanation |
| | | 3,300 Previously Logged | 3,300 pre 6.15.16 | 645 no explanation |
| | | | | 2655 with various explanations including different versions logged |
| | | 511 Previously Produced | 511 pre 6.15.16 | 509 no explanation |
| | | | | 1 more inclusive prev. logged |
| | | | | 1 more inclusive prev. prod. |
| | | 10 Withheld by Agreement | NA | NA |

Responsive Pre 6.15.16 not matched / not produced = (1246+743+511) 2,500

Responsive Pre 6.15.16 not matched / not logged = (2018+250+1+3300) 5569