IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, ET AL. | § | |
| | § | **6:16-CV-173-RP-AA** |
| v. | § | *Consolidated with* |
| | § | **6:17-CV-228-RP-AA** |
| BAYLOR UNIVERSITY | § | **6:17-CV-236-RP-AA** |

# ORDER

There is a hearing scheduled in this case for May 7, 2021, as set by the Court in its order of April 26, 2021 (Dkt. 941). In addition to the matters already set for hearing, the Court will also hear argument at this time on the following motions:

- Baylor's Motion to Compel the Deposition of Jane Doe # 11 (as briefed in Dkts. 923-925)

- Baylor's Motion to Compel Production of Plaintiff's Communications, and Baylor's Supplement to Motion to Compel (as briefed in (Dkts. 937, 939, 942 and 944)

No additional briefing on these motions is requested or needed at this time.

SIGNED this 3rd day of May, 2021.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE