# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 11, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-50386   In re: Baylor University
                          USDC No. 6:16-CV-173
                          USDC No. 6:17-CV-228
                          USDC No. 6:17-CV-236

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Amanda Sutton-Foy, Deputy Clerk
504-310-7670

Ms. Lisa A. Brown
Ms. Jeannette Clack
Mr. Chad Wilson Dunn
Mr. James Robert Dunnam
Ms. Laura Benitez Geisler
Ms. Amy Douthitt Maddux
Ms. Holly Gene McIntush
Ms. Julie Ann Springer

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-50386
_____

In re: Baylor University,

*Petitioner.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
No. 6:16-CV-173
No. 6:17-CV-228
No. 6:17-CV-236

_____

Before Higginbotham, Smith, and Oldham, *Circuit Judges.*

Per Curiam:

    IT IS ORDERED that petitioner's opposed motion for stay of the portion of the magistrate judge's April 26, 2021, order that requires the petitioner to produce documents by May 11, 2021, is GRANTED, pending further order of this court, to allow the court to consider the petition for writ of mandamus and any other pertinent matters.

    IT IS FURTHER ORDERED that petitioner's alternative motion to stay the magistrate judge's order and to direct the district judge to consider petitioner's objections to the magistrate judge's order of sanctions is DENIED without prejudice. We are confident that the conscientious district judge will consider the objections expeditiously without being so ordered.

Case 1:16-cv-00375-AW-MAF Document 405-1 Filed 05/12/21 Page 2 of 2
Case: 21-50386      Document: 00515858068      Page: 2      Date Filed: 05/11/2021

No. 21-50386

IT IS FURTHER ORDERED that petitioner's unopposed motion to place certain portions of the mandamus record under seal and to produce certain portions of the mandamus record *in camera* and *ex parte* is GRANTED. This pertains to materials that were filed *ex parte* in the district court, as described in the unopposed motion.