IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, JANE DOE 2, | § | |
| JANE DOE 3, JANE DOE 4, | § | |
| JANE DOE 5, JANE DOE 6, | § | |
| JANE DOE 7, JANE DOE 8, | § | |
| JANE DOE 9, AND JANE DOE 10 | § | Cause No. 6:16-cv-173-RP |
| | § | JURY TRIAL DEMANDED |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | |
| | § | |
| BAYLOR UNIVERSITY | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFFS' ADVISORY REGARDING ECF 947**

TO THE HONORABLE ROBERT PITMAN:

COME NOW Jane Does 1-15, Plaintiffs herein, and file this advisory regarding the pending consideration of the Court to Baylor's objection to Magistrate Judge Austin's April 26, 2021 Order.[1] In support thereof, Plaintiffs would show the honorable Court as follows:

Plaintiffs file this advisory to bring the Court's attention the opinion issued by the United States Court of Appeals for the Fifth Circuit in Cause No. 20-20-40643, styled *Texas Alliance for Retired Americans et al vs. Ruth Hughs*.[2] The question posed in *Texas Alliance* involved the imposition of sanctions by the Circuit Court for violation of local rules, and a request for reconsideration of that order. The current Objection by Baylor of Judge Austin's order includes Baylor's contention that the failure of Judge Austin to find bad faith is grounds for this Court overturning that order. In its *Texas*

---

[1] ECF 947 (Objection); ECF 941 (Order).
[2] *Tex. Alliance v. Hughs*, No. 20-40643 (5th Cir. June 30, 2021);   A copy of the opinion has been provided for the Court's convenience.

1

*Alliance* opinion, the Fifth Circuit confirms that a finding of bad father is not required when imposing sanctions.[3]

        Respectfully submitted,

        /s/ Chad W. Dunn
        BRAZIL & DUNN, L.L.P.
        Chad W. Dunn
        State Bar No. 24036507
        K. Scott Brazil
        State Bar No. 02934050
        4407 Bee Cave Road, Suite 111
        Austin, Texas 78746
        Telephone: (512) 717-9822
        Facsimile: (512) 515-9355
        chad@brazilanddunn.com
        scott@brazilanddunn.com

        AND

        DUNNAM & DUNNAM, L.L.P.
        Jim Dunnam
        State Bar No. 06258010
        Andrea Mehta
        State Bar No. 24078992
        Eleeza Johnson
        State Bar No. 24058690
        4125 West Waco Drive
        Waco, Texas 76710
        Telephone: (254) 753-6437
        Facsimile: (254) 753-7434
        jimdunnam@dunnamlaw.com
        andreamehta@dunnamlaw.com
        eleezajohnson@dunnamlaw.com

        AND

        SOMMERMAN, MCCAFFITY, QUESADA
         & GEISLER, L.L.P.
        George (Tex) Quesada
        State Bar No. 16427750
        Laura Benitez Geisler
        State Bar No. 24001722
        Sean J. McCaffity
        State Bar No. 24013122

---

[3] *Id.* at page *2-3.

          Jody L. Rodenberg
          State Bar No. 24073133
          3811 Turtle Creek Blvd, Suite 1400
          Dallas, Texas 75219
          Telephone: 214-720-0270
          Facsimile: 214-720-0184
          quesada@textrial.com
          lgeisler@textrial.com
          smccaffity@textrial.com
          jrodenberg@textrial.com

          ATTORNEYS FOR PLAINTIFFS

**<u>CERTIFICATE OF SERVICE</u>**

     This is to certify that a true and correct copy of the above and foregoing has been filed by ECF and sent to counsel of record via electronic notification on July 13, 2021.

          /s/Chad W. Dunn
          CHAD W. DUNN