# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 26, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-50786   In re: Baylor University
                           USDC No. 6:16-CV-173
                           USDC No. 6:17-CV-228
                           USDC No. 6:17-CV-236

Enclosed is an order entered in this case.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Roeshawn Johnson, Deputy Clerk
                               504-310-7998

Ms. Jeannette Clack
Mr. Chad Wilson Dunn
Mr. James Robert Dunnam
Ms. Laura Benitez Geisler
Ms. Amy Douthitt Maddux

# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-50786

---

In re: Baylor University,

*Petitioner.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 6:16-CV-173
USDC No. 6:17-CV-228
USDC No. 6:17-CV-236

_____

ORDER:

    IT IS ORDERED that Petitioner's unopposed motion to place certain documents under seal is GRANTED.

                      /s/ Leslie H. Southwick
                      Leslie H. Southwick
                      *United States Circuit Judge*