# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 20, 2021

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 21-50786    In re: Baylor University
                          USDC No. 6:16-CV-173
                          USDC No. 6:17-CV-228
                          USDC No. 6:17-CV-236

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Roeshawn Johnson, Deputy Clerk
                                    504-310-7998

cc:  Ms. Lisa A. Brown
     Mr. Chad Wilson Dunn
     Mr. James Robert Dunnam
     Ms. Laura Benitez Geisler
     Mrs. Danielle Katharina Hatchitt
     Ms. Sara Janes
     Ms. Eleeza Johnson
     Ms. Amy Douthitt Maddux
     Ms. Holly Gene McIntush
     Ms. Andrea Michelle Mehta
     Ms. Julie Ann Springer
     Mr. Geoffrey D. Weisbart

# United States Court of Appeals
# for the Fifth Circuit

No. 21-50786

United States Court of Appeals
Fifth Circuit
**FILED**
October 20, 2021
Lyle W. Cayce
Clerk

In re: Baylor University,

*Petitioner.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 6:16-CV-173
USDC No. 6:17-CV-228
USDC No. 6:17-CV-236

---

Before Southwick, Graves, and Costa, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.