# EXHIBIT C

**UnitedLex Timeline**

- March 29, 2017 — Plaintiffs serve a subpoena directly on the Pepper law firm, seeking their files related to work done for Baylor. (Dkt. 328-1)

- February 6, 2017 — Smith and Gomez leave Pepper and join Cozen O'Connor.

- June 6, 2018 — Plaintiffs file Motion to Compel the Pepper firm to produce documents subject to Plaintiffs' March 29, 2017 subpoena. (Dkt. 328)

- June 21, 2019 — Court issues Order that the parties confer and select a third-party vendor to conduct a comparison of Pepper's documents to the documents Baylor logged or produced. The parties ultimately select UnitedLex. (Dkt. 667)

- January 15, 2020 — UnitedLex provides its final report on the comparison, finding 33,377 unmatched documents out of 1,365,293 documents. (Dkt. 777)

- February 2020 to September 2020 — Baylor provides additional information to UnitedLex and works with UnitedLex to run additional comparisons of Pepper's documents to Baylor's production, reducing their list of unmatched documents to 12,129..

- November 4, 2020 — Plaintiffs file Motion seeking sanctions related to the remaining documents that UnitedLex reports are unmatched. (Dkt. 904)

- April 26, 2021 — Judge Austin issues Order granting in part and denying in part Plaintiffs' Motion for Sanctions on the UnitedLex documents, ordering release of 1,793 documents. (Dkt. 941)

- May 5, 2021 — Baylor appeals Judge Austin's Order on UnitedLex sanctions. (Dkt. 947)

- February 8, 2022 — Court issues Order, affirming in part and reversing in part Judge Austin's Order, directing UnitedLex to re-compare 4,200 privileged Pepper documents that Baylor represented it had previously logged, the result of which would be "conclusive." (Dkt. 1026)

- April 26, 2022 — UnitedLex provides its re-comparison of the 4,200 documents, stating it was able to match an additional 3,118 documents, but that it was unable to match 948 documents and 134 documents did not have a "comparison file."

- May 20, 2022 — UnitedLex completes production of unmatched documents from its re-comparison pursuant to the terms of the Court's Order that it is conclusive.