IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | § § | 6:16-CV-173-RP |
| Plaintiffs, | § § | |
| | § | *Consolidated with* |
| v. | § | 6:17-CV-228-RP |
| | § | 6:17-CV-236-RP |
| BAYLOR UNIVERSITY, | § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is Baylor's Amended Motion for Order Preserving Confidentiality Designation, (Dkt. 1068). After reviewing the motion, the Court issues this order to confirm that the motion falls within the purview given to Special Master Andrew McRae per this Court's Order on June 27, 2022. (Dkt. 1054). In that Order, the Court appointed Andrew McRae to resolve an ongoing dispute related to the production of Pepper Hamilton work product materials. (*Id.* at 3–4). Baylor's motion directly contends with the treatment of Pepper Hamilton work product documents in the *Jane Doe 11* case. (Dkt. 1068). Given that Baylor's motion relates to the treatment of Pepper Hamilton work product materials and to provide clarity on the scope of the Special Master's limited appointment, this Court **ORDERS** that Special Master Andrew McRae shall, within the bounds of his appointment, additionally consider Baylor's Amended Motion for Order Preserving Confidentiality Designation, (Dkt. 1068), as part of his report and recommendation to this Court.

**SIGNED** on September 9, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE