IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al*, | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 6:16-CV-00173-RP |
| | § | |
| v. | § | *Consolidated with* |
| | § | 6:17-CV-228-RP |
| BAYLOR UNIVERSITY, | § | 6:17-CV-236-RP |
| | § | |
| Defendant. | § | |

**DEFENDANT BAYLOR UNIVERSITY'S ADVISORY TO THE COURT REGARDING DOCKET NO. 1090**

TO THE HONORABLE ROBERT PITMAN:

Defendant Baylor University advises the Court that Baylor has completed the production of the entire Pepper Hamilton universe of documents pursuant to the Report and Recommendation of Special Master ("Report and Recommendation"), the Court's order adopting the Report and Recommendation, and the Court's text order of March 7, 2023, extending the deadline for production to April 1, 2023. Dkt. 1082 at 19-31; Dkt. 1090 at 5; Dkt. 1091. The production was transmitted electronically to Plaintiffs' counsel on March 31, 2023. *See* Exh. A, Declaration of Ryan H. Newman ("Newman Decl.") at ¶ 4. The production contains 1,326,747 documents bearing either a "PH" or "PH2" bates label. Exh. B, Declaration of Todd Ranta. In accordance with the Report and Recommendation and the Court's Order (*see* Dkt. 1082 at 33 and Dkt. 1090 at 5), Baylor attaches declarations from its counsel and its electronic discovery vendor describing the steps taken to ensure a complete and proper production. *See* Exh. A, Newman Decl.; Exh. B, Declaration of Todd Ranta.

Finally, although Baylor has worked diligently to comply with the Court's orders and has engaged in quality control processes, due to the large volume of production and the use of zipped and compressed files, there is the remote possibility of the occurrence of a technical issue during the

1

zipping, compressing, or transmittal of the production. If Plaintiffs' counsel identifies a technical issue with a document or a gap in metadata, Baylor will immediately address any unexpected technical issues.

Respectfully submitted,

**THOMPSON & HORTON LLP**

/s/ Lisa A. Brown
Lisa A. Brown
State Bar of Texas No. 03151470
lbrown@thompsonhorton.com
Ryan H. Newman
State Bar of Texas No. 24059944
rnewman@thompsonhorton.com
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027-7554
(713) 554-6741 (telephone)
(713) 583-7934 (fax)

Holly G. McIntush
State Bar of Texas No. 24065721
8300 N. MoPac Expressway, Suite 220
Austin, TX 78759
(512) 615-2351 (telephone)
(512) 682-8860
hmcintush@thompsonhorton.com

**WEISBART SPRINGER HAYES LLP**

Julie A. Springer
State Bar of Texas No. 18966770
jspringer@wshllp.com
Sara E. Janes
State Bar of Texas No. 24056551
sjanes@wshllp.com
Geoff Weisbart
State Bar of Texas No. 21102645
gweisbart@wshllp.com
Danielle K. Hatchitt
State Bar of Texas No. 24079080
dhatchitt@wshllp.com
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax
**COUNSEL FOR DEFENDANT BAYLOR UNIVERSITY**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served upon all counsel of record on March 31, 2023, via ECF/CMF electronic service system:

Mr. Chad W. Dunn                                                   *Via ECF: chad@brazilanddunn.com*
BRAZIL & DUNN, L.L.P.
4407 Bee Caves Road, Suite 111
Austin, Texas 78746

Mr. K. Scott Brazil                                                *Via ECF: scott@brazilanddunn.com*
BRAZIL & DUNN, L.L.P.
13231 Champion Forest Drive, Suite 460
Houston, Texas 77069

Mr. Jim Dunnam                                                     *Via ECF: jimdunnam@dunnamlaw.com*
Ms. Andrea Mehta                                                   *Via ECF: andreamehta@dunnamlaw.com*
Ms. Eleeza Johnson                                                 *Via ECF: eleezajohnson@dunnamlaw.com*
DUNNAM & DUNNAM, L.L.P.
4125 West Waco Drive
Waco, Texas 76710

Ms. Laura Benitez Geisler                                          *Via ECF: lgeisler@textrial.com*
Mr. Sean J. McCaffity                                              *Via ECF: smccaffity@textrial.com*
George (Tex) Quesada                                               *Via ECF: quesada@textrial.com*
SOMMERMAN, MCCAFFITY,
 QUESADA & GEISLER, LLP
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219-4461


                                                                   /s/ *Lisa A. Brown*

4857-2058-2234, v. 1

3