# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al*, | § | Civil Action No. 6:16-CV-00173-RP |
| | § | |
| Plaintiffs, | § | *Consolidated with* |
| | § | 6:17-CV-228-RP |
| v. | § | 6:17-CV-236-RP |
| | § | |
| BAYLOR UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

# DECLARATION OF TODD RANTA

1. My name is Todd Ranta, and I am a Partner at PricewaterhouseCoopers Advisory Services LLC ("PwC"). I am over 18 years of age, of sound mind, and I am competent to testify to the matters stated in this declaration based upon my personal knowledge.

2. I have over 20 years of experience in the areas of computer forensics, electronic discovery and data analysis. I have provided information technology consulting services to U.S. and international based clients on various projects including: corporate investigations, litigation, and large-scale data analysis.

3. In 2017 and 2019, PwC was engaged by Thompson & Horton LLP and Weisbart Springer Hayes LLP, respectively, to provide e-discovery services in the above captioned matters. The PwC services include collecting data from personal computers, email, and mobile devices, hosting files in a managed document review platform ("Baylor's Production Database"), processing, searching, and producing data in a usable form. Thompson & Horton and Weisbart Springer Hayes utilize the Baylor Production Database to review and identify documents for production pursuant to the Court's orders and ESI protocol.

4. Per the Court's order dated February 21, 2023, we understand that the Court has required the entire Pepper Hamilton universe be produced to Plaintiffs. At the direction of counsel, PwC identified this Pepper Hamilton universe in our possession which includes any document with "PH" or "PH2" bates that has been previously produced or logged. Previously redacted text and withheld documents have been restored to the production; that is, the previously redacted or withheld documents have been prepared for a new production without redaction. No confidentiality branding was applied to the new production. The following Pepper Hamilton universe productions were delivered to Thompson & Horton:

| No | Production Name | Original First Bates Nr. | Original Last Bates Nr. | First Bates Nr. | Last Bates Nr. | Document Count | Original Image Count | Image Count |
|---|---|---|---|---|---|---|---|---|
| 01 | Order 1090 - PH2VOL0001 | PH2_0000001 | PH2_0055982 | PH2_0000001 | PH2_0055982 | 6,056 | 55,982 | 55,982 |
| 02 | Order 1090 - SMS - PHVOL0001 | PH_0028133 | PH_3275175 | PH_0028133 | PH_3275175 | 876,713 | 25,009 | 30,342 |
| 03 | Order 1090 - PHVOL0001 | PH_0000001 | PH_1228016 | PH_0000001 | PH_1228016 | 63,563 | 63,563 | 63,563 |
| 04 | Order 1090 - PHVOL0002 | PH_1228017 | PH_3275219 | PH_1228017 | PH_3275219 | 62,913 | 62,913 | 62,913 |
| 05 | Order 1090 - PHVOL0003 | PH_0000007 | PH_0396403 | PH_0000007 | PH_0396403 | 61,276 | 291,646 | 288,606 |
| 06 | Order 1090 - PHVOL0004 | PH_0396404 | PH_0905935 | PH_0396404 | PH_0905935 | 59,800 | 414,163 | 414,163 |
| 07 | Order 1090 - PHVOL0005 | PH_0905936 | PH_1509358 | PH_0905936 | PH_1509358 | 58,009 | 484,223 | 484,223 |
| 08 | Order 1090 - PHVOL0006 | PH_1509359 | PH_1962733 | PH_1509359 | PH_1962733 | 58,309 | 396,791 | 396,791 |
| 09 | Order 1090 - PHVOL0007 | PH_1962738 | PH_3275233 | PH_1962738 | PH_3275233 | 51,555 | 363,259 | 363,259 |
| 10 | Order 1090 - PHVOL0008 | PH_0396909 | PH_3203891 | PH_0396909 | PH_3203873 | 7,801 | 196,513 | 17,990 |
| 11 | Order 1090 - PHVOL0009 | PH_0013068 | PH_3275252 | PH_0013068 | PH_3275252 | 2,713 | 29,425 | 19,582 |
| 12 | Order 1090 - PHVOL0010 | PH_0389267 | PH_3151399 | PH_0389267 | PH_3151399.002 | 75 | 559 | 1,089 |
| 13 | Order 1090 - PHVOL0011 | PH_2834966 | PH_3201203 | PH_2834966 | PH_3201203 | 2,371 | 5,779 | 20,271 |
| 14 | Order 1090 - HCVOL0001 | PH_3190698 | PH_3190857.0002 | PH_3190698 | PH_3190857.0002 | 15,593 | 109,795 | 109,795 |
| 15 | Order 1090 - HCVOL0002 | PH_3190711 | PH_3190848.0729 | PH_3190711 | PH_3190848.0729 | 891 | 5,830 | 5,830 |
| 16 | Order 1090 - HCVOL0003 | PH_3190829 | PH_3190842.0229 | PH_3190829 | PH_3190842.0229 | 73 | 602 | 602 |
| Totals: | | | | | | 1,327,711 | 2,506,052 | 2,335,001 |

The Pepper Hamilton universe production bates range (number of pages) may vary from previously produced (or logged) bates ranges due to the following circumstances:

    i. Previous productions included multi-page imaged documents. For many of these documents (primarily redacted excel spreadsheets and powerpoint presentations), we inserted a single, bates-numbered slipsheet in the production and then delivered the affiliated native file, thus lowering the bates counts for that set. Native files did not carry a bates number.

    ii. The previous productions included single-page slipsheeted documents when there were privilege withholds or potentially unprocessable files. Since these documents were produced in the new production with full images, this may increase the bates counts for these documents.

    iii. The re-imaging of a document changed the total image count of that document.

Total documents produced under this Court order is 1,326,747.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Todd Ranta

March 30, 2023

Date