UNITED STATES DISTRICT COURT

Western District of Texas

## Alternative Dispute Resolution Summary

1. Style of case: Jane Doe 1, et al. v. Baylor University

2. Civil action number: 6:16-CV-00173-RP / consolidated with 6:17-CV-228-RP and 6:17-CV-236-RP

3. Nature of suit: Title IX / Gross Negligence / Other Claims

4. Date of Mediation: May 8, 2023

5. When did the case settle?   ☐ Before ADR   ☐ In ADR   ☐ Did Not Settle

6. What was your total fee?   $ 25,000   or   ☐ Pro Bono

7. How was this Mediation initiated?   ☒ by court order   or   ☐ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

Name: Please see attached

Address:

Phone:

Name:

Address:

Phone:

Name:

Address:

Phone:

Name:

Address:

Phone:

9. Additional comments: The undersigned is still actively assisting the parties in connection with the mediation.

John DeGroote
Digitally signed by John DeGroote
Date: 2023.05.15 13:47:20 -05'00'
Signature of Neutral

May 15, 2023
Date

501 S 2nd Avenue, Suite A-700
Address

214.288.6864
Phone

Dallas, Texas 75226

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*

*Jane Doe 1, et al. v. Baylor University*

**Counsel Participating in Mediation May 8, 2023**

Jim Dunnam, Esq.
Eleeza Johnson, Esq.
Dunnam & Dunnam, L.L.P.
4125 West Waco Drive
Waco, Texas  76710
254.753.6437

Chad W. Dunn, Esq.
Brazil & Dunn, L.L.P.
4407 Bee Caves Road
Suite 111
Austin, Texas  78746
512.717.9822

Laura Benitez Geisler, Esq.
Sean J. McCaffity, Esq.
Sommerman, McCaffity, Quesada
 & Geisler, LLP
3811 Turtle Creek Boulevard
Suite 1400
Dallas, Texas  75219
214.720.0720

Lisa A. Brown, Esq.
Thompson & Horton LLP
3200 Southwest Freeway
Suite 2000
Houston, Texas  77027
713.554.6741

Julie A. Springer, Esq.
Geoff Weisbart, Esq.
Danielle K. Hatchitt, Esq.
Weisbart Springer Hayes LLP
212 Lavaca Street, Suite 200
Austin, Texas  78701
512.652.5780

Holly G. McIntush, Esq.
Thompson & Horton LLP
8300 N. MoPac Expressway
Suite 200
Austin, Texas  78759
512.615.2351

Ellen Van Meir, Esq.
Nicolaides Fink Thorpe Michaelides
 Sullivan LLP
2501 North Harwood Street
Suite 1210
Dallas, Texas  75201
469.290.9045