UNITED STATES DISTRICT COURT

Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of case: Jane Doe 1, et al. v. Baylor University

2. Civil action number: 6:16-CV-00173-RP / Consolidated with 6:17-CV-228-RP and 6:17-CV-236-RP

3. Nature of suit: Title IX / Negligence / Other Claims

4. Date of Mediation: September 5, 2023 and Additional Efforts from May 9, 2023 through September 15, 2023

5. When did the case settle? ☐ Before ADR   ☒ In ADR   ☐ Did Not Settle

6. What was your total fee? $ 20,000   or   ☐ Pro Bono

7. How was this Mediation initiated?   ☒ by court order   or   ☐ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

Name: Please see attached

9. Additional comments:

---

Signature of Neutral: John DeGroote (Digitally signed by John DeGroote, Date: 2023.09.18 12:53:03 -05'00')

Address: 501 S 2nd Avenue, Suite A-700
Dallas, Texas 75226

Date: September 17, 2023

Phone: 214.288.6864

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*

*Jane Doe 1, et al. v. Baylor University*

**Counsel Participating in Mediation September 5, 2023**

Jim Dunnam, Esq.
Eleeza Johnson, Esq.
Dunnam & Dunnam, L.L.P.
4125 West Waco Drive
Waco, Texas  76710
254.753.6437

Sean J. McCaffity, Esq.
Laura Benitez Geisler, Esq.
Sommerman, McCaffity, Quesada
 & Geisler, LLP
3811 Turtle Creek Boulevard
Suite 1400
Dallas, Texas  75219
214.720.0720

Julie A. Springer, Esq.
Weisbart Springer Hayes LLP
212 Lavaca Street, Suite 200
Austin, Texas  78701
512.652.5780

Chad W. Dunn, Esq.
Brazil & Dunn, L.L.P.
4407 Bee Caves Road
Suite 111
Austin, Texas  78746
512.717.9822

Lisa A. Brown, Esq.
Thompson & Horton LLP
3200 Southwest Freeway
Suite 2000
Houston, Texas  77027
713.554.6741