IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, *et al.*, | § § § | |
| Plaintiffs, | § § | 6:16-CV-173-RP |
| v. | § § § | *Consolidated with* 6:17-CV-228-RP 6:17-CV-236-RP |
| BAYLOR UNIVERSITY, | § § | |
| Defendant. | § § | |

## ORDER

In light of the Notice of Alternative Dispute Resolution/Mediation Outcome, (Dkt. 1100), and the representations of the parties that they have reached a resolution for all claims against all parties, **IT IS ORDERED** that these cases are **STAYED**.

While the parties finalize their agreement(s) and prepare their dismissal papers, **IT IS FURTHER ORDERED** that the parties keep the Court apprised by filing a joint status report **on or before October 31, 2023**.

**SIGNED** on September 29, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE